UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 3:23-CR-00247-B |
| HOLLY ANN ELKINS | § | |

**DEFENDANT'S EXHIBIT LIST**

Through undersigned counsel, Ms. Elkins hereby files this exhibit list. This exhibit list is preliminary, and Ms. Elkins reserves the right to supplement or amend her exhibit list in response to the government's case-in-chief.

| Exhibit | Description | Pages / Time | Admitted |
|---|---|---|---|
| DX 1 | Andrew Charles Beard Arrest Booking Photo | 1 | |
| DX 2 | Flamingo Search Photo - House | 1 | |
| DX 3 | Flamingo Search Photo - Dining Room | 1 | |
| DX 4 | Flamingo Search Photo - Stairs | 1 | |
| DX 5 | Flamingo Search Photo - Main Bedroom | 1 | |
| DX 6 | Flamingo Search Photo - Main Closet | 1 | |
| DX 7 | Flamingo Search Photo - Kitchen | 1 | |
| DX 8 | Flamingo Search Photo - Kitchen 2 | 1 | |
| DX 9 | Flamingo Search Photo - Kitchen 3 | 1 | |
| DX 10 | Flamingo Search Photo - Kitchen 4 | 1 | |
| DX 11 | Flamingo Search Photo - Garage | 1 | |
| DX 12 | Flamingo Search Photo - Garage 2 | 1 | |
| DX 13 | Flamingo Search Photo - Garage 3 | 1 | |
| DX 14 | Flamingo Search Photo - Garage 4 | 1 | |
| DX 15 | Flamingo Search Photo - Garage 5 | 1 | |
| DX 16 | Flamingo Search Photo - Garage copy | 1 | |
| DX 17 | Flamingo Search Photo - Office | 1 | |
| DX 18 | Flamingo Search Photo - Office 2 | 1 | |
| DX 19 | Flamingo Search Photo - Upstairs Den | 1 | |
| DX 20 | Flamingo Search Photo - Upstairs Den 2 | 1 | |
| DX 21 | Flamingo Search Photo - Upstairs Den Closet | 1 | |
| DX 22 | Flamingo Search Photo - Upstairs Bathroom | 1 | |

| DX 23 | Flamingo Search Photo - Guest Bedroom Clothes Pile | 1 | |
| --- | --- | --- | --- |
| DX 24 | Flamingo Search Photo - Backyard to Lake | 1 | |
| DX 25 | Flamingo Search Photo - Outside Back | 1 | |
| DX 26 | Flamingo Search Photo - Bowfishing Bows | 1 | |
| DX 27 | Flamingo Search Photo - Nasr Jewelry Box | 1 | |
| DX 28 | Flamingo Search Photo - Nasr Jewelry Receipt | 1 | |
| DX 29 | Flamingo Search Photo - Nasr Jewelry Receipt 2 | 1 | |
| DX 30 | Flamingo Search Photo - Nasr Jewelry Receipt 3 | 1 | |
| DX 31 | Flamingo Search Photo - Nasr Jewelry Receipt 4 | 1 | |
| DX 32 | Flamingo Search Photo - Nightstand Drawer | 1 | |
| DX 33 | Flamingo Search Photo - Glock Handgun | 1 | |
| DX 34 | Flamingo Search Photo - Nightstand Drawer 2 | 1 | |
| DX 35 | Flamingo Search Photo - Kimber Solo Handgun | 1 | |
| DX 36 | Flamingo Search Photo - Bathroom Cabinet | 1 | |
| DX 37 | Flamingo Search Photo - Beard Apology Note | 1 | |
| DX 38 | Flamingo Search Photo - Beard Apology Note p.1 | 1 | |
| DX 39 | Flamingo Search Photo - Beard Apology Note p.2 | 1 | |
| DX 40 | Flamingo Search Photo - Beard Apology Note p.3 | 1 | |
| DX 41 | Flamingo Search Photo – Beard's Notes on 9-30-2020 Court Hearing | 1 | |
| DX 42 | Flamingo Search Photo – Beard's Notes on 09-30-2020 Court Hearing Closeup | 1 | |
| DX 43 | Flamingo Search Photo - Gun Safe | 1 | |
| DX 44 | Flamingo Search Photo - Gun Safe 2 | 1 | |
| DX 45 | Flamingo Search Photo - Gun Safe 3 | 1 | |
| DX 46 | Flamingo Search Photo - Gun Safe 4 | 1 | |
| DX 47 | Flamingo Search Photo - Gun Safe 5 | 1 | |
| DX 48 | Flamingo Search Photo - Gun Safe 6 | 1 | |
| DX 49 | Flamingo Search Photo - 12 Gauge Shotgun Shell Box | 1 | |
| DX 50 | Flamingo Search Photo - 2nd 12 Gauge Shotgun Shell Box | 1 | |
| DX 51 | Flamingo Search Photo - Top of Gun Safe | 1 | |
| DX 52 | Flamingo Search Photo - Top of Gun Safe 2 | 1 | |
| DX 53 | Flamingo Search Photo – Beard's Tan Backpack | 1 | |
| DX 54 | Flamingo Search Photo – Beard's Tan Backpack 2 | 1 | |
| DX 55 | Flamingo Search Photo - Ruger Vaquero Revolver | 1 | |
| DX 56 | Flamingo Search Photo - Beretta 960 Centurion Handgun | 1 | |
| DX 57 | Flamingo Search Photo - Colt 90 Series Handgun | 1 | |

| | | |
|---|---|---|
| DX 58 | Flamingo Search Photo - Beretta 92 Parabellum Handgun | 1 |
| DX 59 | Flamingo Search Photo - Ruger LCP Handgun | 1 |
| DX 60 | Flamingo Search Photo - Ruger 22 Charger Pistol | 1 |
| DX 61 | Flamingo Search Photo - Springfield XDm Handgun | 1 |
| DX 62 | Flamingo Search Photo - Remington 870 12 Gauge Shotgun | 1 |
| DX 63 | Flamingo Search Photo - Savage Arms 7mm Rifle with Scope | 1 |
| DX 64 | Flamingo Search Photo - Daniel Defense 556 Rifle | 1 |
| DX 65 | Flamingo Search Photo - Marlin 30AS Lever Action Rifle | 1 |
| DX 66 | Flamingo Search Photo - Bushmaster 556 Rifle | 1 |
| DX 67 | Flamingo Search Photo - Garage Toolbox Drawer | 1 |
| DX 68 | Flamingo Search Photo - Hilti Graph Paper Notes | 1 |
| DX 69 | Flamingo Search Photo - Hilti Graph Paper Notes 2 | 1 |
| DX 70 | Flamingo Search Photo - Hilti Graph Paper Notes 3 | 1 |
| DX 71 | Flamingo Search Photo - Hilti Graph Paper Notes 4 | 1 |
| DX 72 | Flamingo Search Photo - Hilti Graph Paper Notes 5 | 1 |
| DX 73 | Flamingo Search Photo - Hilti Graph Paper Notes 6 | 1 |
| DX 74 | Flamingo Search Photo - Hilti Graph Paper Notes 7 | 1 |
| DX 75 | Flamingo Search Photo - Hilti Graph Paper Notes 8 | 1 |
| DX 76 | Flamingo Search Photo - Hilti Graph Paper Notes 9 | 1 |
| DX 77 | Flamingo Search Photo - Palmetto State Armory 556 Rifle | 1 |
| DX 78 | Flamingo Search Photo - Pellet Rifle | 1 |
| DX 79 | Flamingo Search Photo - Kiddie Academy App | 1 |
| DX 80 | Flamingo Search Photo - Kiddie Academy App 2 | 1 |
| DX 81 | Flamingo Search Photo - Kiddie Academy App 3 | 1 |
| DX 82 | Flamingo Search Photo - Kiddie Academy App 4 | 1 |
| DX 83 | Flamingo Search Photo - Kiddie Academy App 5 | 1 |
| DX 84 | Flamingo Search Photo - Kiddie Academy App 6 | 1 |
| DX 85 | Flamingo Search Photo - Kiddie Academy App 7 | 1 |
| DX 86 | Flamingo Search Photo - Kiddie Academy App 8 | 1 |
| DX 87 | Flamingo Search Photo - Kiddie Academy App 9 | 1 |
| DX 88 | Flamingo Search Photo - Kiddie Academy App 10 | 1 |
| DX 89 | Flamingo Search Photo - Beard's Dec 2019 Alyssa Log | 1 |
| DX 90 | Flamingo Search Photo - Beard's Portfolio | 1 |
| DX 91 | Flamingo Search Photo - Beard Portfolio Docs | 1 |
| DX 92 | Flamingo Search Photo - Beard Portfolio Docs 2 | 1 |
| DX 93 | Flamingo Search Photo - Beard Portfolio Docs 3 | 1 |
| DX 94 | Flamingo Search Photo - Beard Portfolio Docs 4 | 1 |

| DX 95 | Flamingo Search Photo - Beard Portfolio Docs 5 | 1 | |
|---|---|---|---|
| DX 96 | Flamingo Search Photo - Beard Portfolio Docs 6 | 1 | |
| DX 97 | Flamingo Search Photo - Beard CA & MT Drivers Licenses | 1 | |
| DX 98 | Flamingo Search Photo - Beard Portfolio Docs 7 | 1 | |
| DX 99 | Flamingo Search Photo - Beard Portfolio Docs 8 | 1 | |
| DX 100 | Flamingo Search Photo - Beard Portfolio Docs 9 | 1 | |
| DX 101 | Flamingo Search Photo - Beard Portfolio Docs 10 | 1 | |
| DX 102 | Flamingo Search Photo - S&W Airweight Snubnose Revolver | 1 | |
| DX 103 | Flamingo Search Photo - Warrant & Evidence Log | 1 | |
| DX 104 | Flamingo Search Photo - Kitchen Exit Photo | 1 | |
| DX 105 | Flamingo Search Photo - Garage Exit Photo | 1 | |
| DX 106 | Flamingo Search Photo - Upstairs Den Exit Photo | 1 | |
| DX 107 | Flamingo Search Photo - Beard's Homemade Silencer | 1 | |
| DX 108 | Flamingo Search Photo - Beard's Homemade Silencer 2 | 1 | |
| DX 109 | Flamingo Search Photo - Beard's Homemade Silencer 3 | 1 | |
| DX 110 | Flamingo Search Photo - Beard's Homemade Silencer 4 | 1 | |
| DX 111 | Flamingo Search Photo - Beard's Homemade Silencer 5 | 1 | |
| DX 112 | Flamingo Search Photo - Beard's Homemade Silencer 6 | 1 | |
| DX 113 | Flamingo Search Photo - Beard's Homemade Silencer 7 | 1 | |
| DX 114 | Photo of Beard's Floor Remodeling Project at Flamingo | 1 | |
| DX 115 | Beard's LabCorp Test Results | 2 | |
| DX 116 | Hilti Graph Paper Notes Scan from Flamingo Search | 4 | |
| DX 117 | Carrollton PD Case Report - Frank Marrow Incident | 20 | |
| DX 118 | Photo from Beard's iPad Mini - Ford Focus For Sale | 1 | |
| DX 119 | Photo from Beard's iPad Mini - Ford Focus for Sale 2 | 1 | |
| DX 120 | Voicemail from Beard's iPhone SE - Prospective Focus Buyer | 0:00:19 | |
| DX 121 | Chase Bank Records - Beard - FRE 902(11) | 410 | |
| DX 122 | Rowlett PD Incident Report - UU-MV | 2 | |
| DX 123 | Frank Marrow 911 Call | 0:06:33 | |
| DX 124 | Det. Bonner Interview of Nina Bulling (1 of 2) | 0:15:23 | |
| DX 125 | Det. Bonner Interview of Nina Bulling (2 of 2) | 0:31:24 | |
| DX 126 | Beard's Handmade Guitar "Live" Photo | 0:00:02 | |
| DX 127 | Beard & Alyssa Chat - Alyssa's iPhone | 2194 | |
| DX 128 | Our Family Wizard-FRE 902(11) Affidavit | 1 | |
| DX 129 | Beard & Alyssa Chat - Our Family Wizard - FRE 902(11) | 32 | |
| DX 130 | Beard Chat Thread to Himself - Beard iPhone SE (DX 130A: attachments) | 9 | |

| DX 131 | Beard & Stacey Neighbor Chat – Beard's iPhone SE (broken) (DX 131A: attachments) | 72 |
| --- | --- | --- |
| DX 132 | Beard & Holly Chat – Beard's Work Phone (DX 132A: attachments) | 46 |
| DX 133 | Beard & Matt Jackson Chat - Beard's Work Phone | 3 |
| DX 134 | Beard & Lizette Chat - Beard's iPhone SE (DX 134A: attachments) | 89 |
| DX 135 | Beard, Lizette & Holly Chat - Beard's iPad | 9 |
| DX 136 | Holly & Beard Work Phone Chat - Holly's iPhone | 32 |
| DX 137 | Beard & Lizette Chat - Beard iPad (DX 137A: attachments) | 1030 |
| DX 138 | Beard & Holly Chat - Beard's iPad (DX 138A: attachments) | 1027 |
| DX 139 | 08-29-2020 - Jason Kenitzer VM - Beard (broken) iPhone SE | 0:00:38 |
| DX 140 | Photo - Bowfishing gar - Beard's iPad Mini | 1 |
| DX 141 | Photo - Bowfishing gar 2 - Beard's iPad Mini | 1 |
| DX 142 | Photo - Holly shooting pellet rifle on Flamingo deck - Beard's iPad Mini | 1 |
| DX 143 | Photo - Holly shooting pellet rifle 2 - Beard's iPad Mini | 1 |
| DX 144 | Photo - Beard bowfishing with dead carp - Beard's iPad Mini | 1 |
| DX 145 | Live photo of arrow through two gar - Beard's iPad Mini | 0:00:01 |
| DX 146 | Live photo of bow hunted beaver - Beard's iPad Mini | 0:00:02 |
| DX 147 | Live photo of bow hunted beaver 2 - Beard's iPad Mini | 0:00:02 |
| DX 148 | 10-02-2020 - Carrollton PD BWC Footage - Greentree Apts | 2:54:14 |
| DX 149 | Carrollton PD Matt Burnham Investigative Reports | 3 |
| DX 150 | Rowlett PD - Officer Aaron Keathley BWC Footage-10-02-2020 | 0:56:40 |
| DX 151 | Det. Matt Burnham - 10-02-2020 BWC Footage @ 7-11 #2 | 0:15:16 |
| DX 152 | Det. Matt Burnham - 10-02-2020 BWC Footage @ 7-11 #1 | 0:01:08 |
| DX 153 | Carrollton PD - Officer Bright BWC - 10-02-2020 | 0:22:04 |
| DX 154 | Burnham - 10-02-2020 BWC Footage - Flamingo Search | 0:12:07 |
| DX 155 | 5604 Flamingo Search - Officer Bright BWC footage | 0:14:48 |
| DX 156 | 5604 Flamingo Search - Officer Cuellar BWC footage | 0:16:06 |
| DX 157 | 5604 Flamingo Search - Officer Robinson BWC footage | 0:15:46 |
| DX 158 | Carrollton PD Report Package | 289 |
| DX 159 | Teresa Collard Call to Rockwall PD Dispatch | 0:04:18 |
| DX 160 | Teresa Collard Interview with Carrollton PD | 0:43:31 |
| DX 161 | Teresa Collard Rowlett PD Interview - 08-25-2020 - View 2 | 0:34:34 |
| DX 162 | Teresa Collard Phone Interview with Det. Harding | 0:15:47 |
| DX 163 | Holly "Pick Up Your Book" Willow Video | 0:00:26 |

| | | |
|---|---|---|
| DX 164 | Photo of Holly & Willow on Outdoor Couch | 1 |
| DX 165 | Photo of Willow, Holly, & Beard - Flamingo Upstairs Den | 1 |
| DX 166 | Photo of Willow, Holly, & Beard | 1 |
| DX 167 | SA Hanson FD - 302 Re: Target Purchases | 1 |
| DX 168 | Target Receipt 07-23-2020 | 1 |
| DX 169 | Target Receipt 08-10-2020 | 1 |
| DX 170 | Target Receipt 09-10-2020 | 2 |
| DX 171 | Walmart FRE 902(11) Affidavit (DX 172–174) | 1 |
| DX 172 | Walmart Email with Receipt | 5 |
| DX 173 | Walmart Receipt | 1 |
| DX 174 | Images of Walmart Purchased Items | 2 |
| DX 175 | BATF Record Check - Beard | 1 |
| DX 176 | Geico FRE 902(11) Affidavit (DX 177) | 2 |
| DX 177 | Geico Records | 255 |
| DX 178 | Photo of Nissan Quest #1 | 1 |
| DX 179 | Photo of Nissan Quest #2 | 1 |
| DX 180 | Photo of Nissan Quest #3 | 1 |
| DX 181 | Carrollton PD Officer Bright BWC footage 10-02-2020 Traffic Stop | 0:22:04 |
| DX 182 | Carrollton PD Officer Jonathan Meyer BWC footage 10-02-2020 Traffic Stop | 0:58:56 |
| DX 183 | Det. Jeremey Chevallier Recording - DNA Buccal Swab of Beard | 0:29:14 |
| DX 184 | USMS ROI - Beard Re: Judge Boyle Threat | 2 |
| DX 185 | FD-498 Report | 10 |
| DX 186 | SA Serrano - Beard Interview Part 1 of 14 | 0:04:20 |
| DX 187 | SA Serrano - Beard Interview Part 2 of 14 | 0:05:00 |
| DX 188 | SA Serrano - Beard Interview Part 3 of 14 | 0:05:00 |
| DX 189 | SA Serrano - Beard Interview Part 4 of 14 | 0:05:00 |
| DX 190 | SA Serrano - Beard Interview Part 5 of 14 | 0:05:00 |
| DX 191 | SA Serrano - Beard Interview Part 6 of 14 | 0:05:00 |
| DX 192 | SA Serrano - Beard Interview Part 7 of 14 | 0:04:59 |
| DX 193 | SA Serrano - Beard Interview Part 8 of 14 | 0:05:00 |
| DX 194 | SA Serrano - Beard Interview Part 9 of 14 | 0:05:00 |
| DX 195 | SA Serrano - Beard Interview Part 10 of 14 | 0:05:00 |
| DX 196 | SA Serrano - Beard Interview Part 11 of 14 | 0:05:00 |
| DX 197 | SA Serrano - Beard Interview Part 12 of 14 | 0:05:00 |

| DX 198 | SA Serrano - Beard Interview Part 13 of 14 | 0:05:00 | |
| DX 199 | SA Serrano - Beard Interview Part 14 of 14 | 0:01:36 | |
| DX 200 | AUSA Briggs Email: Beard Update on Judge Boyle Threat | 1 | |
| DX 201 | Beard - Certified Plea Agreement Supplement | 3 | |
| DX 202 | Beard - U.S. Small Business Administration (SBA) FRE 902(11) Certification (DX 203–211) | 1 | |
| DX 203 | SBA Records - 3302541663 - Beard Application Overview - 02-12-2024 | 7 | |
| DX 204 | SBA Records - 3302541663 - Beard CLCS Loan Comments - 02.12.2024 | 6 | |
| DX 205 | SBA Records - 3302541663 - Beard Credit Report 3302541663 - Andrew C Beard | 5 | |
| DX 206 | SBA Records - 3302541663 - Beard file upload - Return Mail Project | 2 | |
| DX 207 | SBA Records - 3302541663 - Beard file upload - L-01-3544757-01 - Certificate of Completion | 1 | |
| DX 208 | SBA Records - 3302541663 - Beard file upload - Loan & Security Agreement and Related Docs | 14 | |
| DX 209 | SBA Records - 3302541663 - Beard Intake Application | 4 | |
| DX 210 | SBA Records - 3302541663_Loan Agreement, Note and Related Documents_Signed Document | 14 | |
| DX 211 | SBA Records - 3302541663_Loan Agreement, Note and Related Documents Unsigned Document | 14 | |
| DX 212 | 2019 IRS Form 8879 - Beard | 3 | |
| DX 213 | Flamingo Search Photo - Upstairs Den Room 8 | 1 | |
| DX 214 | Flamingo Search Photo - Upstairs Den Room 8 #2 | 1 | |
| DX 215 | Flamingo Search Photo - Upstairs Den Room 8 #3 | 1 | |
| DX 216 | Flamingo Search Photo - Upstairs Den Closet | 1 | |
| DX 217 | Flamingo Search Photo - Upstairs Den Room 8 Exit | 1 | |
| DX 218 | Sarah Beard Voicemail - 07-23-2019 | 0:02:11 | |
| DX 219 | SA Hanson FD-302 Re: Walgreens Subpoena | 1 | |
| DX 220 | Walgreens FRE 902(11) Affidavit (DX 221) | 1 | |
| DX 221 | Walgreens Records | 4 | |
| DX 222 | Holly's iPhone - Notes Extraction | 27 | |
| DX 223 | Holly's iPhone - Contacts Extraction | 768 | |
| DX 224 | SWIFS Records - FRE 902(11) (Affidavit included, & DX 225) | 128 | |
| DX 225 | SWIFS Follow - Up Color Version of Photo | 3 | |

| DX 226 | Beard Passport - 1 | 1 | |
|---|---|---|---|
| DX 227 | Beard Passport - 2 | 1 | |
| DX 228 | Hilti Business Records FRE 902(11) Affidavit (DX 229–303) | 1 | |
| DX 229 | 2019-05-15 - Nina to Beard - Schaan Visit Email Thread | 1 | |
| DX 230 | 2019-05-16 - Nina to Beard - Here's My Number Email | 1 | |
| DX 231 | 2019-05-22 - Dinner Tonight Email | 1 | |
| DX 232 | 2019-05-29 - Nina "Come Sit with us!" Email | 1 | |
| DX 233 | 2019-06-13 - Beard Work Calendar Nina Entry | 1 | |
| DX 234 | 2019-06-13 - Beard Work Calendar Nina Tulsa Entry | 1 | |
| DX 235 | 2019-07-07 - Nina to Beard Email - AA Record Locator | 3 | |
| DX 236 | 2019-08-13 - AA Email Nina August Trip | 1 | |
| DX 237 | 2019-10-07 - Nina "You are on Leave!" Email | 1 | |
| DX 238 | 2019-10-07 - Nina October Trip AA Confirmation | 1 | |
| DX 239 | 2019-12-01-(0) - Beard Work Calendar Nina Trip End Entry | 1 | |
| DX 240 | 2019-12-01-(1) - Beard Work Calendar Nina Trip End Entry - Attachment | 4 | |
| DX 241 | 2019-12-01-(2) - Nina Email re New Years Trip AA Confirm | 1 | |
| DX 242 | 2019-12-01-(3) - Nina Email re New Years Trip AA Confirm - Attachment 1 | 4 | |
| DX 243 | 2019-12-05 - Nina Email re Apartment | 1 | |
| DX 244 | 2019-12-18 - Nina Email RE Trip | 1 | |
| DX 245 | 2019-12-26-(1) - Beard Revised Lizette Stmt Email | 1 | |
| DX 246 | 2019-12-26-(2) - Beard Revised Lizette Stmt Email - Attachment | 2 | |
| DX 247 | 2020-01-28 - Beard Stolen Truck Police Report Email | 1 | |
| DX 248 | 2020-02-07-(0) - Nina Feb 2020 Trip Lufthansa Booking Details | 1 | |
| DX 249 | 2020-02-07-(1) - Nina Feb 2020 Trip AA Confirmation | 1 | |
| DX 250 | 2020-02-07-(1) - Nina Feb 2020 Trip Lufthansa Booking Details - Attachment 1 | 5 | |
| DX 251 | 2020-02-07-(2) - Nina Feb 2020 Trip AA Confirmation.pdf-Attachment | 5 | |
| DX 252 | 2020-02-12 - Nina Email Re April 2020 Trip | 1 | |
| DX 253 | 2020-02-17 - Nina Sending Email of Ben Erwin Bar Tab FB Screenshot | 1 | |
| DX 254 | 2020-03-01 - Beard to Nina - We Won Whistlestop! Thread | 1 | |
| DX 255 | 2020-03-01 - Nina Need you to add my work phone email | 1 | |

| DX 256 | 2020-03-11 - Nina Hey my love email | 1 | |
|---|---|---|---|
| DX 257 | 2020-03-17-(0) - Melissa Richard Taxes Beard email | 1 | |
| DX 258 | 2020-03-17-(1) - Melissa Richard Taxes Beard email - Attachment 1 | 1 | |
| DX 259 | 2020-03-17-(2) - Melissa Richard Taxes Beard email - Attachment 2 | 2 | |
| DX 260 | 2020-03-17-(3) - Melissa Richard Taxes Beard email - Attachment 3 | 13 | |
| DX 261 | 2020-03-18 - Nina Hi love email | 1 | |
| DX 262 | 2020-04-06 - Matt Jackson email | 1 | |
| DX 263 | 2020-05-07 - Nina Email Re July 2020 USA trip | 1 | |
| DX 264 | 2020-05-27-(0) - RBFCU Loan App Email | 1 | |
| DX 265 | 2020-05-27-(1) - RBFCU Loan App Email - Attachment 1 | 2 | |
| DX 266 | 2020-05-27-(2) - RBFCU Loan App Email - Attachment 2 | 2 | |
| DX 267 | 2020-05-27-(3) - RBFCU Loan App Email - Attachment 3 | 1 | |
| DX 268 | 2020-05-27-(4) - RBFCU Loan App Email - Attachment 4 | 3 | |
| DX 269 | 2020-05-27-(5) - RBFCU Loan App Email - Attachment 5 | 1 | |
| DX 270 | 2020-05-27-(6) - RBFCU Loan App Email - Attachment 6 | 1 | |
| DX 271 | 2020-05-27-(7) - RBFCU Loan App Email - Attachment 7 | 6 | |
| DX 272 | 2020-05-27-(8) - RBFCU Loan App Email - Attachment 8 | 4 | |
| DX 273 | 2020-08-06-(0) - Melissa Richard Taxes Beard email | 1 | |
| DX 274 | 2020-08-06-(1) - Melissa Richard Taxes Beard email - Attachment 1 | 3 | |
| DX 275 | 2020-09-02-(0) - Product Board Mtg Invite | 1 | |
| DX 276 | 2020-09-02-(1) - Product Board Mtg Invite - Attachment 1 | 111 | |
| DX 277 | 2020-09-29 - Kiddie Academy of Rockwall Email | 1 | |
| DX 278 | 2020-09-30-(0) - Pam Miley "your case" Email | 1 | |
| DX 279 | 2020-09-30-(1) - Pam Miley "your case" Email - Attachment 1 | 3 | |
| DX 280 | 2020-09-30-(2) - Pam Miley "your case" Email - Attachment 2 | 3 | |
| DX 281 | 2020-09-30-(3) - Pam Miley "your case" Email - Attachment 1 | 11 | |
| DX 282 | 2020-09-30-(4) - Pam Miley "your case" Email - Attachment 4 | 12 | |
| DX 283 | 2020-09-30-(5) - Pam Miley "your case" Email - Attachment 5 | 1 | |
| DX 284 | 2020-09-30-(6) - Pam Miley "your case" Email - Attachment 6 | 3 | |

| DX 285 | 2020-09-30-(7) - Pam Miley "your case" Email - Attachment 7 | 2 |
| --- | --- | --- |
| DX 286 | 2020-09-30 - Beard Kiddie Academy Team Email | 1 |
| DX 287 | Beard - 2019 Hilti Performance Review | 5 |
| DX 288 | Hilti 2019 ET&A Summit 2019 Info Package | 14 |
| DX 289 | Hilti 2020 NHA BA Days | 58 |
| DX 290 | Hilti Product Board | 111 |
| DX 291 | Beard - 2014 Hilti Form W-2 | 1 |
| DX 292 | Beard - 2015 Hilti Form W-2 | 1 |
| DX 293 | Beard - 2016 Hilti Form W-2 | 1 |
| DX 294 | Beard - 2017 Hilti Form W-2 | 1 |
| DX 295 | Beard - 2018 Hilti Form W-2 | 1 |
| DX 296 | Beard - 2019 Hilti Form W-2 | 1 |
| DX 297 | Beard Loan App Email | 1 |
| DX 298 | Beard Loan App Email - Attachment (2018 W2 Form) | 1 |
| DX 299 | Beard Loan App Email - Attachment (2019_W2_PDF) | 2 |
| DX 300 | Beard Loan App Email - Attachment (CD_doc) | 7 |
| DX 301 | Beard Loan App Email - Attachment (Final CD) | 9 |
| DX 302 | Beard Loan App Email - Attachment (icens) | 1 |
| DX 303 | Beard Loan App Email - Attachment (ntta) | 1 |
| DX 304 | Photo of Beard's Custody Fight Portfolio | 1 |
| DX 305 | Documents 1 - Beard Custody Fight Portfolio | 78 |
| DX 306 | Documents 2 - Beard Custody Fight Portfolio | 101 |
| DX 307 | Documents 3 - Beard Custody Fight Portfolio | 22 |
| DX 308 | Documents 4 - Beard Custody Fight Portfolio | 7 |
| DX 309 | Documents 5 - Beard Custody Fight Portfolio | 1 |
| DX 310 | Documents 6 - Beard Custody Fight Portfolio | 5 |
| DX 311 | Documents 7 - Beard Custody Fight Portfolio | 7 |
| DX 312 | Documents 8 - Beard Custody Fight Portfolio | 4 |
| DX 313 | Documents 9 - Beard Custody Fight Portfolio | 70 |
| DX 314 | Documents 10 - Beard Custody Fight Portfolio | 103 |
| DX 315 | Documents 11 - Beard Custody Fight Portfolio | 53 |
| DX 316 | Documents 12 - Beard Custody Fight Portfolio | 100 |
| DX 317 | Documents 13 - Beard Custody Fight Portfolio | 74 |
| DX 318 | Photo 1 of Beard's Five-Year Planner | 1 |
| DX 319 | Photo 2 of Beard's Five-Year Planner | 1 |

| DX 320 | Photo 3 of Beard's Five-Year Planner | 1 | |
|---|---|---|---|
| DX 321 | Photo 4 of Beard's Five-Year Planner | 1 | |
| DX 322 | 2020-06-18 - Beard Rockwall PD Call | 0:01:57 | |
| DX 323 | Photo - Nina, Willow, & Beard | 1 | |
| DX 324 | Photo of Prime Tracking tracker from Beard's iPad (taken 10-25-2019) | 1 | |
| DX 325 | Beard Surveillance - 426 Jasmine, Royce City 1 of 5 | 0:00:02 | |
| DX 326 | Beard Surveillance - 426 Jasmine, Royce City 2 of 5 | 0:00:02 | |
| DX 327 | Beard Surveillance - 426 Jasmine, Royce City 3 of 5 | 0:00:24 | |
| DX 328 | Beard Surveillance - 426 Jasmine, Royce City 4 of 5 | 0:00:02 | |
| DX 329 | Beard Surveillance - 426 Jasmine, Royce City 5 of 5 | 0:00:02 | |
| DX 330 | 09-15-2020 - Sutherland Letter to Ewert | 2 | |
| DX 331 | Rowlett PD Sgt Josh Hutchins BWC Footage-Sutherland Call 08-06-2020 | 0:08:32 | |
| DX 332 | Rockwall District Clerk - FRE 902(11) Affidavit (DX 332) | 1 | |
| DX 333 | Rockwall District Court Records - GOV_63208-64157 | 356 | |
| DX 334 | 021920-itioWAB-Reporter's Transcript | 8 | |
| DX 335 | 102820-itioWAB-Reporter's Transcript | 142 | |
| DX 336 | 041421-itioWAB-Reporter's Transcript | 56 | |
| DX 337 | Photo - Golf Cart & Volkswagen Jetta at Flamingo | 1 | |
| DX 338 | 2019-09-23 itioWAB Civil Petition | 16 | |
| DX 339 | Photo - Beard, Nina, Lizette, and friends | 1 | |
| DX 340 | Photo - Beard with Catfish | 1 | |
| DX 341 | Photo - Search of Beard's Ford F150 1 | 1 | |
| DX 342 | Photo - Search of Beard's Ford F150 2 | 1 | |
| DX 343 | Photo - Ford Expedition-Seller Photo | 1 | |
| DX 344 | Photo - Ford Expedition-Onset Bay 1 | 1 | |
| DX 345 | Photo - Ford Expedition-Onset Bay 2 | 1 | |
| DX 346 | Photo - Ford Expedition-Onset Bay 3 | 1 | |
| DX 347 | Photo - Ford Expedition-Onset Bay 4 | 1 | |
| DX 348 | Photo - Ford Expedition-Onset Bay 5 | 1 | |
| DX 349 | Photo - Ford Expedition-Onset Bay & Tern Harbor Signs | 1 | |
| DX 350 | Holly Photo 1 - iPhone Extraction | 1 | |
| DX 351 | Holly Photo 2 - iCloud Extraction | 1 | |
| DX 352 | Holly Photo 3 - iCloud Extraction | 1 | |
| DX 353 | Holly Photo 4 - iCloud Extraction | 1 | |
| DX 354 | Holly Photo 5 - iCloud Extraction | 1 | |

| | | |
|---|---|---|
| DX 355 | Holly Photo 6 (with Willow & Beard) - iPhone Extraction | 1 |
| DX 356 | Beard & Nick Beard Chat - Beard's iPhone SE (DX 356A: attachments) | 49 |
| DX 357 | [Reserved] | |
| DX 358 | Google LLC FRE 901(11) Affidavit (DX 359–362) | 5 |
| DX 359 | 2020-09-15 - Holly & Nina Email Thread | 1 |
| DX 360 | 2020-06-24 - Holly Email - Kitchen Remodel Inquiry | 1 |
| DX 361 | 2020-06-24 - Holly Email - David Farrow Lone Star Kitchens | 1 |
| DX 362 | 2020-07-09 - Lone Star Kitchens Email | 1 |
| DX 363 | Photo - GM pre-makeup application | 1 |
| DX 364 | Photo - GM post-makeup application | 1 |
| DX 365 | Beard Jail Call (Dallas Cnty) - Uncle Lealon-3e493c | 0:09:08 |
| DX 366 | Beard Jail Call (Dallas Cnty) - Dad-52c8e4 | 0:14:06 |
| DX 367 | Beard Jail Call (Dallas Cnty) - Uncle Lealon-526adf | 0:20:34 |
| DX 368 | Beard Jail Call (Dallas Cnty) - Mom-9e867b | 0:15:40 |
| DX 369 | Beard Jail Call (Dallas Cnty) - Mom & Nick-de07d1 | 0:08:22 |
| DX 370 | Beard Jail Call (Limestone Cnty) - Mom-GOV_00066259 | 0:02:41 |
| DX 371 | Beard Jail Call (Limestone Cnty) - Mom-GOV_00066273 | 0:07:46 |
| DX 372 | Beard Jail Call (Limestone) - Mom-GOV_00066380 | 0:16:30 |
| DX 373 | Beard Jail Call (Limestone) - Nick & Christine - GOV_00066384 | 0:17:27 |
| DX 374 | Beard Jail Call (Limestone) - Mom-GOV_00066402 | 0:16:52 |
| DX 375 | Beard Jail Call (Limestone) - Mom-GOV_00066433 | 0:05:30 |
| DX 376 | Beard Jail Call (Limestone) - Mom-GOV_00066440 | 0:19:32 |
| DX 377 | Beard Jail Call (Limestone) - Mom-GOV_00066478 | 0:09:37 |
| DX 378 | Beard Jail Call (Limestone) - Mom-GOV_00066496 | 0:19:54 |
| DX 379 | Beard Jail Call (Limestone) - Mom-GOV_00066500 | 0:20:01 |
| DX 380 | Alyssa, Valerie, & Alysia Chat - Alyssa's iPhone | 377 |
| DX 381 | 204 Oxford, Royce City Screenshot | 1 |
| DX 382 | 204 Oxford, Royce City Screenshot - Metadata | 1 |
| DX 383 | Beard Web Search History - Beard Work Phone June - Oct 20 | 979 |
| DX 384 | Blacknall - 08-11-2020 Instant Messages - Blacknall Phone | 8 |
| DX 385 | Beard - 08-31-2020 Emails - Beard (broken) iPhone SE | 10 |
| DX 386 | Holly iPhone Voicemail Extraction Report | 73 |
| DX 387 | Holly iPhone Voicemail 1827 | 0:00:15 |
| DX 388 | Holly iPhone Voicemail 1855 | 0:00:53 |
| DX 389 | Walgreens Defense Subpoena FRE 902(11) Affidavit (DX 390–391) | 1 |

| DX 390 | Walgreens Defense Subpoena Records 1 of 2 | 4 | |
|---|---|---|---|
| DX 391 | Walgreens Defense Subpoena Records 2 of 2 | 3 | |
| DX 392 | Dallas County District Clerk Records - DC-22-13811 (Certified) | 63 | |
| DX 393 | Dallas County District Clerk Records - DC-23-01979 (Certified) | 92 | |
| DX 394 | [Reserved] | | |
| DX 395 | [Reserved] | | |
| DX 396 | [Reserved] | | |
| DX 397 | [Reserved] | | |
| DX 398 | [Reserved] | | |
| DX 399 | [Reserved] | | |
| DX 400 | [Reserved] | | |
| DX 401 | [Reserved] | | |
| DX 402 | [Reserved] | | |
| DX 403 | [Reserved] | | |
| DX 404 | [Reserved] | | |
| DX 405 | [Reserved] | | |

Ms. Elkins hereby gives notice of her intent to offer certain exhibits (denoted with "FRE 902(11)" above) pursuant to Federal Rules of Evidence 803(6)(A)–(C) and 902(11). Certifications of the records by a custodian or other qualified person underlying such exhibits are included above.

Respectfully submitted,

*/s/ Stephen J. Green*
STEPHEN J. GREEN
GreenClark PLLC
Texas Bar # 24082163
8350 N Central Expy, 19th Floor
Dallas, Texas 75206
Phone (817) 953-8699
stephen@greenclark.law
Lead Counsel for Ms. Elkins

*/s/ Jeff Daniel Clark*
JEFF DANIEL CLARK
GreenClark PLLC
Texas Bar # 24109732
8350 N Central Expy, 19th Floor
Dallas, Texas 75206
Phone (817) 953-8699
jeff@greenclark.law
Counsel for Ms. Elkins

>*/s/ Gabriela Markolovic*
>GABRIELA MARKOLOVIC
>GreenClark PLLC
>New York Bar # 5915947
>8350 N Central Expy, 19th Floor
>Dallas, Texas 75206
>Phone (817) 953-8699
>gaby@greenclark.law
>Counsel for Ms. Elkins

## CERTIFICATE OF SERVICE

I certify that on March 18, 2024, I electronically filed this document with the Clerk of Court for the Northern District of Texas, using the electronic case filing ("ECF") system of the Court, and thereby served it on counsel of record in this case.

>*/s/ Jeff Daniel Clark*
>JEFF DANIEL CLARK

14