IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

UNITED STATES OF AMERICA

v.                                                                           No. 3:23-CR-247-B

HOLLY ANN ELKINS

## JOINT PRE-ADMITTED EXHIBIT LIST

The United States and the defendant, Holly Ann Elkins, agree that the following trial exhibits are pre-admitted[1]:

| GX | EXHIBIT DESCRIPTION |
|----|---------------------|
| 1  | Google Maps of Greentree Apartments |
| 5  | Video of lobby of Greentree Apartments |
| 7  | Surveillance Video of Ikeler |
| 10 | Photo of seized Ford Expedition (for eyewitnesses) |
| 12 | Photo of Greentree Apartments |
| 13 | Photo of Greentree Apartments with Burkett's car |
| 14 | Photo of Greentree Apartments with Burkett's car |
| 15 | Photo (close up) of blasted car window |
| 16 | Photo of Burkett's car with knife sheath and blood with evidence numbers |
| 17 | Photo of Burkett's car with blood in front |
| 18 | Photo of Burkett's car with license plate |
| 19 | Photo (close up) of blood on pavement |
| 20 | Photo of Burkett's license plate on front of her car |

---

[1] The parties also agree that, pursuant to Federal Rule of Evidence 901, there are no objections to the authenticity of the proposed evidence in this case.

**Joint Pre-Admitted Exhibit List - Page 1**

| | |
|---|---|
| 22 | Photo of knife sheath |
| 23 | Photo (close up) of knife sheath |
| 24 | Photo (close up) of knife sheath |
| 27 | Photo of interior of Burkett's car—back passenger's side |
| 28 | Photo of interior of Burkett's car—driver's side |
| 29 | Photo of inside of car dashboard with dark hair and shotgun pellet damage |
| 30 | Photo of top of dashboard with broken glass and hair |
| 31 | Photo of Burkett's phone in the car |
| 37 | Physical Evidence: Birdshot pellets from passenger's side [SWIFS #34] (Campbell) |
| 38 | Physical Evidence: Birdshot pellets from passenger's side [SWIFS #35] (Chevalier) |
| 40 | Photo of blood on sidewalk |
| 41 | Photo of blood on sidewalk |
| 42 | Photo of blood on window frame |
| 43 | Photo of blood on window |
| 44 | Photo of blood on pavement near office |
| 45 | Photo of blood near plant |
| 46 | Photo of Burkett's body |
| 53 | Medical Examiner Report (Cooper) |
| 73 | Photo of birdshot recovered from Burkett's scalp |
| 74 | Photo of Burkett's autopsy—X-ray of Burkett's body |
| 76 | Physical Evidence: Burkett's blood card from autopsy (Cooper) |
| 78 | Photo of Burkett in life |
| 79 | Photo of Burkett in life and W.B. (black shirts) |
| 80 | Photo of Alyssa Burkett in life and W.B. |
| 84 | Google Maps of Flamingo Stop of Elkins & Beard |
| 96 | Excerpt from Elkins's phone – Walgreens shopping list |
| 114 | Excerpt from Beard's Hilti work phone extraction report – Relevant internet searches |

**Joint Pre-Admitted Exhibit List—Page 2**

| | |
|---|---|
| 117 | Photo of GPS tracker attached to undercarriage of Burkett's car |
| 118 | Photo (close up) of GPS tracker attached to undercarriage of Burkett's car |
| 119 | Photo of GPS tracker removed from Burkett's car |
| 120 | Photo of GPS tracker removed from Burkett's car |
| 121 | Photo of GPS tracker removed from Burkett's car |
| 122 | Photo of sticker inside of GPS tracker box removed from Burkett's car |
| 123 | Physical Evidence:  GPS tracker removed from Burkett's car (Burnham/Fisher) |
| 127 | Physical Evidence:  GPS tracker removed from Erwin's truck (B. Erwin/C. Erwin/Pool) |
| 129 | Photo of front of 5604 Flamingo Dr. |
| 130 | Photo of entryway of 5604 Flamingo Dr. |
| 131 | Photo of living room of 5604 Flamingo Dr. |
| 132 | Photo of office of 5604 Flamingo Dr. |
| 133 | Photo of master bedroom of 5604 Flamingo Dr. |
| 134 | Photo of nightstand of master bedroom of 5604 Flamingo Dr. |
| 135 | Photo of nightstand of master bedroom of 5604 Flamingo Dr. |
| 136 | Photo of master closet of 5604 Flamingo Dr. |
| 137 | Photo of formal dining room of 5604 Flamingo Dr. |
| 138 | Photo of dining room looking into kitchen 5604 Flamingo Dr. |
| 139 | Photo of dining room looking into kitchen 5604 Flamingo Dr. |
| 140 | Photo of kitchen 5604 Flamingo Dr. |
| 141 | Photo of door to garage 5604 Flamingo Dr. |
| 142 | Photo of overview of garage 5604 Flamingo Dr. |
| 143 | Photo of media room 5604 Flamingo Dr., shows safe |
| 144 | Photo of media room 5604 Flamingo Dr.—shows safe |
| 145 | Photo of open safe in media room 5604 Flamingo Dr. |
| 146 | Photo of open safe in media room 5604 Flamingo Dr.—shows guns |
| 147 | Photo of open safe in media room 5604 Flamingo Dr.—shows guns |

| | |
|---|---|
| 148 | Photo of open safe in media room 5604 Flamingo Dr.—shows guns |
| 149 | Photo of guest room 5604 Flamingo Dr. |
| 150 | Photo of guest room 5604 Flamingo Dr.—shows Prime Tracking box |
| 151 | Photo of guest room (Willow's room) 5604 Flamingo Dr. |
| 152 | Photo of guest room (Willow's room) 5604 Flamingo Dr. |
| 153 | Photo of guest room (Willow's room) 5604 Flamingo Dr. |
| 154 | Photo of handwritten Beard letter to Elkins (3 pages) |
| 155 | Photo of tracking device case and two chargers found in kitchen drawer (Room 4) 5604 Flamingo Dr. |
| 156 | Photo of tracking device case and two chargers (Room 4) 5604 Flamingo Dr. |
| 157 | Photo of two Bic lighters on counter 5604 Flamingo Dr. |
| 158 | Photo of tracking device located in office (Room 6) 5604 Flamingo Dr. |
| 160 | Photo of "Willow to Do" –"Put Tracker on Ben's Truck" at 5604 Flamingo Dr. |
| 163 | Photo of note from Hilti notebook regarding 2007 Nissan Quest & J.A.R. found at 5604 Flamingo Dr. |
| 165 | Photo of Spy Spot box containing Spy Spot battery (Room 8) found at 5604 Flamingo Dr. |
| 166 | Photo of Spy Spot wall charger (Room 8) found at 5604 Flamingo Dr. |
| 167 | Photo of Spy Spot box for wall plug extended battery (Room 11) found at 5604 Flamingo Dr. |
| 169 | Photo of SinoTrack GPS tracker box found in guest room (Room 11) at 5604 Flamingo Dr. |
| 170 | Close up photo of SinoTrack GPS tracker box found in guest room (Room 11) at 5604 Flamingo Dr. |
| 171 | Photo of Prime Tracking box found in guest room (Room 11) at 5604 Flamingo Dr. |
| 172 | Side photo of Prime Tracking box with IMEI 015181001558031 found at 5604 Flamingo Dr. (matches GPS tracker found on Burkett's car) |
| 173 | Photo of inside of Prime Tracking box found at 5604 Flamingo Dr. |
| 174 | Physical Evidence: Prime Tracking box with IMEI 015181001558031 found at 5604 Flamingo Dr. (Fisher) |
| 176 | Photo of black tracker box found in garage (Room 5) at 5604 Flamingo Dr. |

| | |
|---|---|
| 178 | Photo of Diamonds Direct envelope addressed to Beard found in living room (Room 7) at 5604 Flamingo Dr. |
| 179 | Photo of opposite side of Diamonds Direct envelope (with false drug tip information) |
| 180 | Photo of opposite side of envelope (close up) |
| 181 | Physical Evidence: Diamonds Direct envelope (with false drug tip information) found at 5604 Flamingo Dr. (Bonner) |
| 183 | Photo of Hilti HP laptop from dining room (Room 3) at 5604 Flamingo Dr. |
| 184 | Physical evidence: Hilti HP laptop (Harding) |
| 187 | Excerpt from Hilti HP laptop extraction report – Relevant internet searches |
| 189 | Photo of box of 12 gauge shotgun shells at 5604 Flamingo Dr. |
| 190 | Photo of loose 12 gauge shotgun shells at 5604 Flamingo Dr. [Gov 226] |
| 191 | Photo of Remington 870 shotgun at 5604 Flamingo Dr. |
| 193 | Physical Exhibit: Box of 12 gauge shotgun shells at 5604 Flamingo Dr. (Vasquez) |
| 194 | Physical Exhibit: three 12 gauge shotgun shells at 5604 Flamingo Dr. (Vasquez) |
| 196 | Photo of broken phone piece from dining room (Room 3) at 5604 Flamingo Dr. |
| 197 | Photo of broken phone piece from media room (Room 8) at 5604 Flamingo Dr. |
| 198 | Physical Evidence: Broken Apple iPhone (put together) (Harding/Withers) |
| 199 | Certification under FRE 902(14) |
| 205 | Photo of F-150 (at police station) |
| 206 | Photo of inside of Ford F-150 passenger side |
| 207 | Photo of inside of Ford F-150 driver's side |
| 208 | Photo of backpack unzipped |
| 209 | Photo of closeup of backpack showing black bag and ziplock bag |
| 210 | Photo of Prime bag with black trash bags and other items from backpack |
| 212 | Photo of burner phone found in center console of F-150 |
| 213 | Physical Evidence: Burner phone (7196) (Campbell) |
| 216 | Extraction report from burner phone – Relevant text messages with 214-XXX-0434 |

| | |
|---|---|
| 217 | Excerpt from burner phone extraction report – Relevant text messages with 469-XXX-3948 |
| 218 | Excerpt from burner phone extraction report – Video of Beard and W.B. |
| 220 | Photo of pieces of boots in black bag #1 (shows entirety of contents of bag) |
| 221 | Photo of piece of boot from black bag #1 for scale |
| 222 | Photo of pieces of insole from black bag #1 |
| 223 | Photo of black bag #2 |
| 224 | Photo of contents of black bag #2 |
| 225 | Photo of black bag #3 |
| 226 | Photo of pieces of boot in black bag #3 |
| 227 | Photo of tongue of boot from black bag #3 5963.JPG |
| 228 | Photo of bottom of black bag #3 |
| 229 | Photo of black bag #4 |
| 230 | Photo of pieces of boot in black bag #4 |
| 231 | Photo of white trash bag containing brown make up vials, screwdriver, and knife |
| 232 | Photo of white trash bag containing brown make up vials, screwdriver, and a knife |
| 233 | Photo of brown make up vials |
| 235 | Physical evidence:  brown make up vial #1 |
| 236 | Physical evidence:  brown make up vial #2 |
| 238 | Google Map screenshot of 5604 Flamingo and Ford Expedition location |
| 239 | Photo of VIN from Expedition |
| 240 | Photo of front of Expedition on Onset Road |
| 241 | Photo of intersection of Onset Bay and Port Isabel |
| 242 | Photo of driver's side front of Expedition |
| 243 | Photo of driver's side of Expedition |
| 244 | Photo of driver's side back of Expedition |
| 245 | Photo of passenger side of Expedition |

| | |
|---|---|
| 246 | Photo of passenger side of Expedition lit up |
| 247 | Photo of Expedition of black trash bags in passenger window |
| 248 | Photo of passenger side of Expedition showing distinct marking |
| 249 | Photo of steering wheel with apparent blood |
| 250 | Photo of driver's seat, steering wheel, and beard through window |
| 252 | Photo of Expedition at garage |
| 253 | Photo of driver side |
| 254 | Photo of rear cargo space of Expedition |
| 255 | Photo of passenger side |
| 256 | Photo of glove box |
| 257 | Photo of console showing air freshener tree and key |
| 259 | Photo of driver seat with apparent blood |
| 260 | Photo of driver floorboard with apparent dark hair |
| 261 | Photo of close-up of bloody dark hair on floorboard |
| 262 | Close-up of steering wheel with apparent blood |
| 263 | Photo of fake beard near seatbelt latch |
| 264 | Photo of documents in passenger visor |
| 265 | Photo of two license plates (front plate to Expedition and paper plate from Nissan Quest) and title to vehicle |
| 266 | Photo of title to Expedition |
| 267 | Photo of the back of Expedition title |
| 269 | Physical evidence:  Documents for Expedition (Campbell) |
| 270 | Physical evidence:  Expedition fingerprint packet (Campbell) |
| 272 | Physical evidence:  License plate and title for Quest (found in glovebox of Expedition) (Campbell) |
| 274 | Photo of air freshener wrapper with apparent blood |
| 275 | Photo of air freshener wrapper with apparent blood |
| 276 | Photo area near seat belt without Blue Star |

| | |
|---|---|
| 277 | Photo of area near seat belt with Blue Star |
| 278 | Photo of steering wheel without Blue Star |
| 279 | Photo of steering wheel with Blue Star |
| 280 | Photo of driver's side mat without Blue Star |
| 281 | Photo of driver's side mat with Blue Star |
| 282 | Photo of driver door handle without Blue Star |
| 283 | Photo of driver door handle with Blue Star |
| 284 | Photo of passenger side without Blue Star |
| 285 | Photo of passenger floorboard with Blue Star |
| 286 | Photo of Ignition/gear shift without Blue Star |
| 287 | Photo of Ignition/gear shift with Blue Star |
| 289 | Photo of fake beard with evidence bag |
| 290 | Close up photo of fake beard |
| 292 | Physical evidence:  Fake Beard (Campbell) [SWIFS #15] |
| 293 | Physical Evidence:  Air Freshener (Campbell) [SWIFS #16] |
| 294 | Physical Evidence:  Hair from driver's floorboard) (Campbell) [SWIFS #18] |
| 295 | Physical Evidence:  Steering wheel swab (Campbell) [SWIFS #28] |
| 302 | Photo of SWIFS # 15.1.1.1 (sample from fake beard [T1]), SWIFS # 15.1.1.2 (sample from fake beard [T2]) & SWIFS # 16.1.1 (Stain from air freshener [T2]) |
| 303 | Photo of SWIFS # 18.1.1 (Hair from driver's floorboard [T1]) |
| 304 | Photo of SWIFS # 28.1.1 (Steering wheel swab) |
| 306 | Physical Evidence:  Buccal swab from Beard (Chevalier) [SWIFS # 8] |
| 311 | Photo of Quest at Carrollton PD shows paper plate (matches VIN from paper plate in Expedition) |
| 312 | Photo of Quest at Carrollton PD showing front driver's side |
| 313 | Photo of rear license paper plate of Quest |
| 314 | Photo of VIN of Quest |
| 316 | Photo of Quest car title |

| 317 | Physical evidence:  Quest title document (Vasquez/Powell) |
|---|---|
| 318 | Physical Evidence: Documents for Quest |
| 319 | Physical evidence:  Quest fingerprint packet (Powell) |
| 328 | Still shot from Vergara body cam video |
| 340 | Sept. 2, 2020 911 call by "Frank Marrow" (Carlisle) |
| 350 | S. Wright's texts with Burkett about fake drugs (from Wright's phone) |
| 351 | H. Smith's texts with Burkett about fake drugs (Smith's phone) |
| 365 | Photo of Camillus knife & sheath (demonstrative) |
| 366 | Photo of Camillus knife & sheath—UPC (demonstrative) |
| 367 | Photo of Camillus knife & sheath (demonstrative) compared to Camillus sheath recovered at Greentree Apartments (GX 25) |
| 369 | Physical Evidence: brown Maybelline makeup & receipt (demonstrative) (Hanson) |
| 370 | Photo of brown Maybelline makeup—label shown (demonstrative) compared to brown makeup recovered from Beard's truck |
| 371 | Photo of brown Maybelline makeup (demonstrative) compared to brown makeup recovered from Beard's truck |
| 379 | JP Morgan Chase Records (Beard); FRE 902 |
| 380 | Relevant excerpt—ATM withdrawal 9/26/2020 |
| 384 | Walmart Records; FRE 902 |
| 385 | Relevant excerpt—9/19/2020 purchase at McKinney store (#5211) |

| DX | EXHIBIT DESCRIPTION |
|---|---|
| 1 | Andrew Charles Beard Arrest Booking Photo |
| 2 | Flamingo Search Photo - House |
| 3 | Flamingo Search Photo - Dining Room |
| 4 | Flamingo Search Photo - Stairs |
| 5 | Flamingo Search Photo - Main Bedroom |
| 6 | Flamingo Search Photo - Main Closet |
| 7 | Flamingo Search Photo - Kitchen |

| 8 | Flamingo Search Photo - Kitchen 2 |
|---|---|
| 9 | Flamingo Search Photo - Kitchen 3 |
| 10 | Flamingo Search Photo - Kitchen 4 |
| 11 | Flamingo Search Photo - Garage |
| 12 | Flamingo Search Photo - Garage 2 |
| 13 | Flamingo Search Photo - Garage 3 |
| 14 | Flamingo Search Photo - Garage 4 |
| 15 | Flamingo Search Photo - Garage 5 |
| 16 | Flamingo Search Photo - Garage copy |
| 17 | Flamingo Search Photo - Office |
| 18 | Flamingo Search Photo - Office 2 |
| 19 | Flamingo Search Photo - Upstairs Den |
| 20 | Flamingo Search Photo - Upstairs Den 2 |
| 21 | Flamingo Search Photo - Upstairs Den Closet |
| 22 | Flamingo Search Photo - Upstairs Bathroom |
| 23 | Flamingo Search Photo - Guest Bedroom Clothes Pile |
| 24 | Flamingo Search Photo - Backyard to Lake |
| 25 | Flamingo Search Photo - Outside Back |
| 26 | Flamingo Search Photo - Bowfishing Bows |
| 27 | Flamingo Search Photo - Nasr Jewelry Box |
| 28 | Flamingo Search Photo - Nasr Jewelry Receipt |
| 29 | Flamingo Search Photo - Nasr Jewelry Receipt 2 |
| 30 | Flamingo Search Photo - Nasr Jewelry Receipt 3 |
| 31 | Flamingo Search Photo - Nasr Jewelry Receipt 4 |
| 32 | Flamingo Search Photo - Nightstand Drawer |
| 33 | Flamingo Search Photo - Glock Handgun |
| 34 | Flamingo Search Photo - Nightstand Drawer 2 |
| 35 | Flamingo Search Photo - Kimber Solo Handgun |

| | |
|---|---|
| 36 | Flamingo Search Photo - Bathroom Cabinet |
| 37 | Flamingo Search Photo - Beard Apology Note |
| 38 | Flamingo Search Photo - Beard Apology Note p.1 |
| 39 | Flamingo Search Photo - Beard Apology Note p.2 |
| 40 | Flamingo Search Photo - Beard Apology Note p.3 |
| 41 | Flamingo Search Photo – Beard's Notes on 9-30-2020 Court Hearing |
| 42 | Flamingo Search Photo – Beard's Notes on 09-30-2020 Court Hearing Closeup |
| 43 | Flamingo Search Photo - Gun Safe |
| 44 | Flamingo Search Photo - Gun Safe 2 |
| 45 | Flamingo Search Photo - Gun Safe 3 |
| 46 | Flamingo Search Photo - Gun Safe 4 |
| 47 | Flamingo Search Photo - Gun Safe 5 |
| 48 | Flamingo Search Photo - Gun Safe 6 |
| 49 | Flamingo Search Photo - 12 Gauge Shotgun Shell Box |
| 50 | Flamingo Search Photo - 2nd 12 Gauge Shotgun Shell Box |
| 51 | Flamingo Search Photo - Top of Gun Safe |
| 52 | Flamingo Search Photo - Top of Gun Safe 2 |
| 53 | Flamingo Search Photo – Beard's Tan Backpack |
| 54 | Flamingo Search Photo – Beard's Tan Backpack 2 |
| 55 | Flamingo Search Photo - Ruger Vaquero Revolver |
| 56 | Flamingo Search Photo - Beretta 960 Centurion Handgun |
| 57 | Flamingo Search Photo - Colt 90 Series Handgun |
| 58 | Flamingo Search Photo - Beretta 92 Parabellum Handgun |
| 59 | Flamingo Search Photo - Ruger LCP Handgun |
| 60 | Flamingo Search Photo - Ruger 22 Charger Pistol |
| 61 | Flamingo Search Photo - Springfield XDm Handgun |
| 62 | Flamingo Search Photo - Remington 870 12 Gauge Shotgun |
| 63 | Flamingo Search Photo - Savage Arms 7mm Rifle with Scope |

| | |
|---|---|
| 64 | Flamingo Search Photo - Daniel Defense 556 Rifle |
| 65 | Flamingo Search Photo - Marlin 30AS Lever Action Rifle |
| 66 | Flamingo Search Photo – Bushmaster 556 Rifle |
| 67 | Flamingo Search Photo - Garage Toolbox Drawer |
| 68 | Flamingo Search Photo - Hilti Graph Paper Notes |
| 69 | Flamingo Search Photo - Hilti Graph Paper Notes 2 |
| 70 | Flamingo Search Photo - Hilti Graph Paper Notes 3 |
| 71 | Flamingo Search Photo - Hilti Graph Paper Notes 4 |
| 72 | Flamingo Search Photo - Hilti Graph Paper Notes 5 |
| 73 | Flamingo Search Photo - Hilti Graph Paper Notes 6 |
| 74 | Flamingo Search Photo - Hilti Graph Paper Notes 7 |
| 75 | Flamingo Search Photo - Hilti Graph Paper Notes 8 |
| 76 | Flamingo Search Photo - Hilti Graph Paper Notes 9 |
| 77 | Flamingo Search Photo - Palmetto State Armory 556 Rifle |
| 78 | Flamingo Search Photo - Pellet Rifle |
| 79 | Flamingo Search Photo - Kiddie Academy App |
| 80 | Flamingo Search Photo - Kiddie Academy App 2 |
| 81 | Flamingo Search Photo - Kiddie Academy App 3 |
| 82 | Flamingo Search Photo - Kiddie Academy App 4 |
| 83 | Flamingo Search Photo - Kiddie Academy App 5 |
| 84 | Flamingo Search Photo - Kiddie Academy App 6 |
| 85 | Flamingo Search Photo - Kiddie Academy App 7 |
| 86 | Flamingo Search Photo - Kiddie Academy App 8 |
| 87 | Flamingo Search Photo - Kiddie Academy App 9 |
| 88 | Flamingo Search Photo - Kiddie Academy App 10 |
| 89 | Flamingo Search Photo - Beard's Dec 2019 Alyssa Log |
| 90 | Flamingo Search Photo - Beard's Portfolio |
| 91 | Flamingo Search Photo - Beard Portfolio Docs |

**Joint Pre-Admitted Exhibit List—Page 12**

| | |
|---|---|
| 92 | Flamingo Search Photo - Beard Portfolio Docs 2 |
| 93 | Flamingo Search Photo - Beard Portfolio Docs 3 |
| 94 | Flamingo Search Photo - Beard Portfolio Docs 4 |
| 95 | Flamingo Search Photo - Beard Portfolio Docs 5 |
| 96 | Flamingo Search Photo - Beard Portfolio Docs 6 |
| 97 | Flamingo Search Photo - Beard CA & MT Drivers Licenses |
| 98 | Flamingo Search Photo - Beard Portfolio Docs 7 |
| 99 | Flamingo Search Photo - Beard Portfolio Docs 8 |
| 100 | Flamingo Search Photo - Beard Portfolio Docs 9 |
| 101 | Flamingo Search Photo - Beard Portfolio Docs 10 |
| 102 | Flamingo Search Photo - S&W Airweight Snubnose Revolver |
| 103 | Flamingo Search Photo - Warrant & Evidence Log |
| 104 | Flamingo Search Photo - Kitchen Exit Photo |
| 105 | Flamingo Search Photo - Garage Exit Photo |
| 106 | Flamingo Search Photo - Upstairs Den Exit Photo |
| 107 | Flamingo Search Photo - Beard's Homemade Silencer |
| 108 | Flamingo Search Photo - Beard's Homemade Silencer 2 |
| 109 | Flamingo Search Photo - Beard's Homemade Silencer 3 |
| 110 | Flamingo Search Photo - Beard's Homemade Silencer 4 |
| 111 | Flamingo Search Photo - Beard's Homemade Silencer 5 |
| 112 | Flamingo Search Photo - Beard's Homemade Silencer 6 |
| 113 | Flamingo Search Photo - Beard's Homemade Silencer 7 |
| 116 | Hilti Graph Paper Notes Scan from Flamingo Search |
| 123 | Frank Marrow 911 Call |
| 124 | Det. Bonner Interview of Nina Bulling (1 of 2) |
| 125 | Det. Bonner Interview of Nina Bulling (2 of 2) |
| 132 | Beard & Holly Chat – Beard's Work Phone (DX 132A: attachments) |
| 136 | Holly & Beard Work Phone Chat - Holly's iPhone |

| | |
|---|---|
| 138 | Beard & Holly Chat - Beard's iPad (DX 138A: attachments) |
| 140 | Photo - Bowfishing gar - Beard's iPad Mini |
| 141 | Photo - Bowfishing gar 2 - Beard's iPad Mini |
| 142 | Photo - Holly shooting pellet rifle on Flamingo deck - Beard's iPad Mini |
| 143 | Photo - Holly shooting pellet rifle 2 - Beard's iPad Mini |
| 144 | Photo - Beard bowfishing with dead carp - Beard's iPad Mini |
| 145 | Live photo of arrow through two gar - Beard's iPad Mini |
| 146 | Live photo of bow hunted beaver - Beard's iPad Mini |
| 147 | Live photo of bow hunted beaver 2 - Beard's iPad Mini |
| 163 | Holly "Pick Up Your Book" Willow Video |
| 164 | Photo of Holly & Willow on Outdoor Couch |
| 165 | Photo of Willow, Holly, & Beard - Flamingo Upstairs Den |
| 166 | Photo of Willow, Holly, & Beard |
| 172 | Walmart Email with Receipt |
| 173 | Walmart Receipt |
| 174 | Images of Walmart Purchased Items |
| 178 | Photo of Nissan Quest #1 |
| 179 | Photo of Nissan Quest #2 |
| 180 | Photo of Nissan Quest #3 |
| 213 | Flamingo Search Photo - Upstairs Den Room 8 |
| 214 | Flamingo Search Photo - Upstairs Den Room 8 #2 |
| 215 | Flamingo Search Photo - Upstairs Den Room 8 #3 |
| 216 | Flamingo Search Photo - Upstairs Den Closet |
| 217 | Flamingo Search Photo - Upstairs Den Room 8 Exit |
| 221 | Walgreens Records |
| 222 | Holly's iPhone - Notes Extraction |
| 223 | Holly's iPhone - Contacts Extraction |
| 324 | Photo of Prime Tracking tracker from Beard's iPad (taken 10-25-2019) |

| | |
|---|---|
| 337 | Photo – Golf Cart & Volkswagen Jetta at Flamingo |
| 341 | Photo - Search of Beard's Ford F150 1 |
| 342 | Photo - Search of Beard's Ford F150 2 |
| 343 | Photo - Ford Expedition-Seller Photo |
| 344 | Photo - Ford Expedition-Onset Bay 1 |
| 345 | Photo - Ford Expedition-Onset Bay 2 |
| 346 | Photo - Ford Expedition-Onset Bay 3 |
| 347 | Photo - Ford Expedition-Onset Bay 4 |
| 348 | Photo - Ford Expedition-Onset Bay 5 |
| 349 | Photo - Ford Expedition-Onset Bay & Tern Harbor Signs |
| 350 | Holly Photo 1 - iPhone Extraction |
| 351 | Holly Photo 2 - iCloud Extraction |
| 352 | Holly Photo 3 - iCloud Extraction |
| 353 | Holly Photo 4 - iCloud Extraction |
| 354 | Holly Photo 5 - iCloud Extraction |
| 355 | Holly Photo 6 (with Willow & Beard) - iPhone Extraction |
| 363 | Photo - GM pre-makeup application |
| 364 | Photo - GM post-makeup application |
| 385 | Beard - 08-31-2020 Emails - Beard (broken) iPhone SE |
| 390 | Walgreens Defense Subpoena Records 1 of 2 |
| 391 | Walgreens Defense Subpoena Records 2 of 2 |

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Ryan P. Niedermair*
Ryan P. Niedermair
Assistant United States Attorney
Texas Bar No. 24116828

1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: ryan.niedermair@usdoj.gov

/s/ Stephen Green
_____
Stephen J. Green
GreenClark PLLC
Texas Bar No. 24082163
8350 N Central Expy, 19th Floor
Dallas, Texas 75206
Telephone: 817-953-8699
stephen@greenclark.law
Lead Counsel for Ms. Elkins