UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:23-CR-247-B |
| | § | |
| | § | |
| HOLLY ANN ELKINS, | § | |
| | § | |
| Defendant. | § | |

## VERDICT OF THE JURY

We, the Jury, find Defendant, Holly Ann Elkins:

"Guilty" or "Not Guilty" as to **Count 1** of the Indictment: ___Guilty___

"Guilty" or "Not Guilty" as to **Count 2** of the Indictment: ___Guilty___

<u>Only If "Guilty" on Count Two</u>: Do you unanimously find that the government proved beyond a reasonable doubt that the offense resulted in the death of the victim?

____No  ✓ Yes

<u>Proceed to Question Only If "No" Above</u>: Do you unanimously find that the government proved beyond a reasonable doubt that the offense resulted in life threatening bodily injury to the victim?

✓ No ____Yes

<u>Proceed to Question Only If "No" Above</u>: Do you unanimously find that the government proved beyond a reasonable doubt that the offense resulted in serious bodily injury to the victim?

✓ No ____Yes

-20-

*Proceed to Question Only If "No" Above*: Do you unanimously find that the government proved beyond a reasonable doubt that a dangerous weapon was used during the offense?

✓ No ____ Yes

"Guilty" or "Not Guilty" as to **Count 3** of the Indictment: _Guilty_

*Only If "Guilty" on Count Three*: Do you find that the firearm was discharged during the commission of the offense?

____ No ✓ Yes

_____
JURY FOREPERSON

__4/17/2024__
DATE