UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|   Plaintiff, | § | |
| | § | CRIMINAL ACTION NO: |
| v. | § | 3:23-CR-247-B |
| | § | |
| HOLLY ANN ELKINS, | § | |
|   Defendant | § | |

## COURT'S LIST OF ADMITTED TRIAL EXHIBITS

     Attached is the list of exhibits admitted during the jury trial, which began on Friday, April 5, 2024, and concluded on Wednesday, April 17, 2024.

TRIAL EXHIBIT LIST – See Attachment

## COURT'S RECORD EXHIBITS:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| CR1 | Joint Admitted Exhibit List, Doc. 79 | 4/4/2024 | ✓ |

## GOVERNMENT'S ADMITTED EXHIBITS

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Google Maps of Greentree Apartments | 4/5/2024 (pre-admitted) | ✓ |
| 3 | 911 Call by Diaz | 4/9/2024 | ✓ |
| 5 | Video of lobby of Greentree Apartments | 4/5/2024 (pre-admitted) | ✓ |
| 7 | Surveillance Video of Ikeler | 4/5/2024 (pre-admitted) | ✓ |
| 10 | Photo of seized Ford Expedition (for eyewitnesses) | 4/5/2024 (pre-admitted) | ✓ |
| 12 | Photo of Greentree Apartments | 4/5/2024 (pre-admitted) | ✓ |
| 13 | Photo of Greentree Apartments with Burkett's car | 4/5/2024 (pre-admitted) | ✓ |
| 14 | Photo of Greentree Apartments with Burkett's car | 4/5/2024 (pre-admitted) | ✓ |
| 15 | Photo (close up) of blasted car window | 4/5/2024 (pre-admitted) | ✓ |
| 16 | Photo of Burkett's car with knife sheath and blood with evidence numbers | 4/5/2024 (pre-admitted) | ✓ |
| 17 | Photo of Burkett's car with blood in front | 4/5/2024 (pre-admitted) | ✓ |
| 18 | Photo of Burkett's car with license plate | 4/5/2024 (pre-admitted) | ✓ |
| 19 | Photo (close up) of blood on pavement | 4/5/2024 (pre-admitted) | ✓ |
| 20 | Photo of Burkett's license plate on front of her car | 4/5/2024 (pre-admitted) | ✓ |
| 22 | Photo of knife sheath | 4/5/2024 (pre-admitted) | ✓ |
| 23 | Photo (close up) of knife sheath | 4/5/2024 (pre-admitted) | ✓ |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 24 | Photo (close up) of knife sheath | 4/5/2024 (pre-admitted) | ✓ |
| 25 | Physical evidence: Knife sheath (Campbell) | 4/9/2024 | ✓ |
| 27 | Photo of interior of Burkett's car—back passenger's side | 4/5/2024 (pre-admitted) | ✓ |
| 28 | Photo of interior of Burkett's car—driver's side | 4/5/2024 (pre-admitted) | ✓ |
| 29 | Photo of inside of car dashboard with dark hair and shotgun pellet damage | 4/5/2024 (pre-admitted) | ✓ |
| 30 | Photo of top of dashboard with broken glass and hair | 4/5/2024 (pre-admitted) | ✓ |
| 31 | Photo of Burkett's phone in the car | 4/5/2024 (pre-admitted) | ✓ |
| 33 | Physical Evidence: Burkett's phone (Campbell) | 4/9/2024 | ✓ |
| 37 | Physical Evidence: Birdshot pellets from passenger's side [SWIFS #34] (Campbell) | 4/5/2024 (pre-admitted) | ✓ |
| 38 | Physical Evidence: Birdshot pellets from passenger's side [SWIFS #35] (Chevalier) | 4/5/2024 (pre-admitted) | ✓ |
| 40 | Photo of blood on sidewalk | 4/5/2024 (pre-admitted) | ✓ |
| 41 | Photo of blood on sidewalk | 4/5/2024 (pre-admitted) | ✓ |
| 42 | Photo of blood on window frame | 4/5/2024 (pre-admitted) | ✓ |
| 43 | Photo of blood on window | 4/5/2024 (pre-admitted) | ✓ |
| 44 | Photo of blood on pavement near office | 4/5/2024 (pre-admitted) | ✓ |
| 45 | Photo of blood near plant | 4/5/2024 (pre-admitted) | ✓ |
| 46 | Photo of Burkett's body | 4/5/2024 (pre-admitted) | ✓ |
| 47 | Photo of Burkett's body | 4/9/2024 | ✓ |
| 48 | Photo of Burkett's upper body | 4/9/2024 | ✓ |
| 49 | Photo of Burkett's head | 4/9/2024 | ✓ |
| 50 | Photo of Burkett's arm | 4/9/2024 | ✓ |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 51 | Photo of Burkett's back | 4/9/2024 | ✓ |
| 53 | Medical Examiner Report (Cooper) | 4/5/2024 (pre-admitted) | ✓ |
| 55 | Photo of Burkett's autopsy—head | 4/10/2024 | ✓ |
| 56 | Photo of Burkett's autopsy—neck and torso | 4/10/2024 | ✓ |
| 57 | Photo of Burkett's autopsy—neck | 4/10/2024 | ✓ |
| 59 | Photo of Burkett's autopsy—left arm | 4/10/2024 | ✓ |
| 60 | Photo of Burkett's autopsy—hand | 4/10/2024 | ✓ |
| 63 | Photo of Burkett's autopsy—hand | 4/10/2024 | ✓ |
| 67 | Photo of Burkett's autopsy—heart with wound | 4/10/2024 | ✓ |
| 68 | Photo of Burkett's autopsy—fingers | 4/10/2024 | ✓ |
| 69 | Photo of Burkett's autopsy—right hand | 4/10/2024 | ✓ |
| 70 | Photo of Burkett's autopsy—full body | 4/10/2024 | ✓ |
| 71 | Photo of Burkett's autopsy—forearm | 4/10/2024 | ✓ |
| 72 | Photo of Burkett's autopsy—left side of face pellets | 4/10/2024 | ✓ |
| 73 | Photo of birdshot recovered from Burkett's scalp | 4/5/2024 (pre-admitted), 4/10/2024 | ✓ |
| 74 | Photo of Burkett's autopsy—X-ray of Burkett's body | 4/5/2024 (pre-admitted), 4/10/2024 | ✓ |
| 76 | Physical Evidence: Burkett's blood card from autopsy (Cooper) | 4/5/2024 (pre-admitted) | ✓ |
| 78 | Photo of Burkett in life | 4/5/2024 (pre-admitted) | ✓ |
| 79 | Photo of Burkett in life and W.B. (black shirts) | 4/5/2024 (pre-admitted) | ✓ |
| 80 | Photo of Alyssa Burkett in life and W.B. | 4/5/2024 (pre-admitted) | ✓ |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 84 | Google Maps of Flamingo Stop of Elkins & Beard | 4/5/2024 (pre-admitted) | ✓ |
| 86 | Physical Evidence: Elkins's phone (Burnham) | 4/9/2024 | ✓ |
| 87 | Certification under FRE 902(14) | 4/11/2024 | ✓ Record purposes only |
| 88 | Extraction report from Elkins's phone | 4/11/2024 | ✓ Record purposes only |
| 89 | Excerpt from Elkins's phone – Relevant text messages with Beard's personal phone | 4/11/2024 | ✓ |
| 90 | Excerpt from Elkins's phone – Relevant text messages with Beard's work phone | 4/11/2024 | ✓ |
| 91 | Excerpt from Elkins's phone – Relevant text messages with private investigators | 4/11/2024 | ✓ |
| 92 | Excerpt from Elkins's phone – Relevant text messages with realtors | 4/11/2024 | ✓ |
| 93 | Excerpt from Elkins's phone – Relevant photographs | 4/9/2024 | ✓ |
| 94 | Excerpt from Elkins's phone – Relevant internet searches | 4/11/2024 | ✓ |
| 95 | Excerpt from Elkins's phone – Leasing documents | 4/11/2024 | ✓ |
| 96 | Excerpt from Elkins's phone – Walgreens shopping list | 4/5/2024 (pre-admitted), 4/11/2024 | ✓ |
| 97 | Excerpt from Elkins's phone – Cunt Baby Momma contact | 4/9/2024 | ✓ |
| 98 | Excerpt from Elkins's phone – Facebook activity | 4/11/2024 | ✓ |
| 99 | Excerpt from Elkins's phone – October 2, 2020, device events | 4/11/2024 | ✓ |
| 100 | Excerpt from Elkins's phone—Video #1 from October 2, 2020 | 4/11/2024 | ✓ |
| 101 | Excerpt from Elkins's phone—Video #2 from October 2, 2020 | 4/11/2024 | ✓ |
| 102 | Excerpt from Elkins's phone—Video #3 from October 2, 2020 | 4/11/2024 | ✓ |
| 104 | Physical Evidence:  Beard's personal phone (Burnham) | 4/9/2024 | ✓ |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 105 | Certification under FRE 902(14) | 4/11/2024 | ✓<br>Record purposes only |
| 106 | Extraction report from Beard's personal phone | 4/11/2024 | ✓<br>Record purposes only |
| 107 | Excerpt from Beard's personal phone extraction report – installation of Prime Tracking application on September 17, 2020 | 4/11/2024 | ✓ |
| 108 | Excerpt from Beard's personal phone extraction report – Prime Tracking application uninstalled on October 2, 2020, at 10:45 a.m. | 4/11/2024 | ✓ |
| 109 | Excerpt from Beard's personal phone extraction report – October 2, 2020, device events | 4/11/2024 | ✓ |
| 111 | Physical Evidence:  Beard's Hilti work phone (Burnham) | 4/9/2024 | ✓ |
| 112 | Certification under FRE 902(14) | 4/11/2024 | ✓<br>Record purposes only |
| 113 | Extraction report from Beard's Hilti work phone | 4/11/2024 | ✓<br>Record purposes only |
| 114 | Excerpt from Beard's Hilti work phone extraction report – Relevant internet searches | 4/5/2024 (pre-admitted), 4/11/2024 | ✓ |
| 115 | Excerpt from Beard's Hilti work phone extraction report - emails from support@myprimetracking.com sent to beard.andrew.c@gmail.com | 4/11/2024 | ✓ |
| 117 | Photo of GPS tracker attached to undercarriage of Burkett's car | 4/5/2024 (pre-admitted) | ✓ |
| 118 | Photo (close up) of GPS tracker attached to undercarriage of Burkett's car | 4/5/2024 (pre-admitted) | ✓ |
| 119 | Photo of GPS tracker removed from Burkett's car | 4/5/2024 (pre-admitted) | ✓ |
| 120 | Photo of GPS tracker removed from Burkett's car | 4/5/2024 (pre-admitted) | ✓ |
| 121 | Photo of GPS tracker removed from Burkett's car | 4/5/2024 (pre-admitted) | ✓ |
| 122 | Photo of sticker inside of GPS tracker box removed from Burkett's car | 4/5/2024 (pre-admitted) | ✓ |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 123 | Physical Evidence:  GPS tracker removed from Burkett's car (Burnham/Fisher) | 4/5/2024 (pre-admitted), 4/9/2024 | ✓ |
| 127 | Physical Evidence:  GPS tracker removed from Erwin's truck (B. Erwin/C. Erwin/Pool) | 4/5/2024 (pre-admitted) | ✓ |
| 129 | Photo of front of 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 130 | Photo of entryway of 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 131 | Photo of living room of 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 132 | Photo of office of 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 133 | Photo of master bedroom of 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 134 | Photo of nightstand of master bedroom of 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 135 | Photo of nightstand of master bedroom of 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 136 | Photo of master closet of 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 137 | Photo of formal dining room of 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 138 | Photo of dining room looking into kitchen 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 139 | Photo of dining room looking into kitchen 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 140 | Photo of kitchen 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 141 | Photo of door to garage 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 142 | Photo of overview of garage 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 143 | Photo of media room 5604 Flamingo Dr., shows safe | 4/5/2024 (pre-admitted) | ✓ |
| 144 | Photo of media room 5604 Flamingo Dr.—shows safe | 4/5/2024 (pre-admitted) | ✓ |
| 145 | Photo of open safe in media room 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 146 | Photo of open safe in media room 5604 Flamingo Dr.— shows guns | 4/5/2024 (pre-admitted) | ✓ |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 147 | Photo of open safe in media room 5604 Flamingo Dr.— shows guns | 4/5/2024 (pre-admitted) | ✓ |
| 148 | Photo of open safe in media room 5604 Flamingo Dr.— shows guns | 4/5/2024 (pre-admitted) | ✓ |
| 149 | Photo of guest room 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 150 | Photo of guest room 5604 Flamingo Dr.—shows Prime Tracking box | 4/5/2024 (pre-admitted) | ✓ |
| 151 | Photo of guest room (Willow's room) 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 152 | Photo of guest room (Willow's room) 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 153 | Photo of guest room (Willow's room) 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 154 | Photo of handwritten Beard letter to Elkins (3 pages) | 4/5/2024 (pre-admitted) | ✓ |
| 155 | Photo of tracking device case and two chargers found in kitchen drawer (Room 4) 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 156 | Photo of tracking device case and two chargers (Room 4) 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 157 | Photo of two Bic lighters on counter 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 158 | Photo of tracking device located in office (Room 6) 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 160 | Photo of "Willow to Do" –"Put Tracker on Ben's Truck" at 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 163 | Photo of note from Hilti notebook regarding 2007 Nissan Quest & J.A.R. found at 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 165 | Photo of Spy Spot box containing Spy Spot battery (Room 8) found at 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 166 | Photo of Spy Spot wall charger (Room 8) found at 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 167 | Photo of Spy Spot box for wall plug extended battery (Room 11) found at 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 169 | Photo of SinoTrack GPS tracker box found in guest room (Room 11) at 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 170 | Close up photo of SinoTrack GPS tracker box found in guest room (Room 11) at 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 171 | Photo of Prime Tracking box found in guest room (Room 11) at 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 172 | Side photo of Prime Tracking box with IMEI 015181001558031 found at 5604 Flamingo Dr. (matches GPS tracker found on Burkett's car) | 4/5/2024 (pre-admitted) | ✓ |
| 173 | Photo of inside of Prime Tracking box found at 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 174 | Physical Evidence: Prime Tracking box with IMEI 015181001558031 found at 5604 Flamingo Dr.  (Fisher) | 4/5/2024 (pre-admitted) | ✓ |
| 176 | Photo of black tracker box found in garage (Room 5) at 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 178 | Photo of Diamonds Direct envelope addressed to Beard found in living room (Room 7) at 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 179 | Photo of opposite side of Diamonds Direct envelope (with false drug tip information) | 4/5/2024 (pre-admitted) | ✓ |
| 180 | Photo of opposite side of envelope (close up) | 4/5/2024 (pre-admitted) | ✓ |
| 181 | Physical Evidence:  Diamonds Direct envelope (with false drug tip information) found at 5604 Flamingo Dr. (Bonner) | 4/5/2024 (pre-admitted) | ✓ |
| 183 | Photo of Hilti HP laptop from dining room (Room 3) at 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 184 | Physical evidence:  Hilti HP laptop (Harding) | 4/5/2024 (pre-admitted) | ✓ |
| 185 | Certification under FRE 902(14) | 4/11/2024 | ✓ Record purposes only |
| 186 | Extraction report from Hilti HP laptop | 4/11/2024 | ✓ Record purposes only |
| 187 | Excerpt from Hilti HP laptop extraction report – Relevant internet searches | 4/5/2024 (pre-admitted), 4/11/2024 | ✓ |
| 189 | Photo of box of 12 gauge shotgun shells at 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 190 | Photo of loose 12 gauge shotgun shells at 5604 Flamingo Dr. [Gov 226] | 4/5/2024 (pre-admitted) | ✓ |
| 191 | Photo of Remington 870 shotgun at 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 193 | Physical Exhibit: Box of 12 gauge shotgun shells at 5604 Flamingo Dr. (Vasquez) | 4/5/2024 (pre-admitted) | ✓ |
| 194 | Physical Exhibit: three 12 gauge shotgun shells at 5604 Flamingo Dr. (Vasquez) | 4/5/2024 (pre-admitted) | ✓ |
| 196 | Photo of broken phone piece from dining room (Room 3) at 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 197 | Photo of broken phone piece from media room (Room 8) at 5604 Flamingo Dr. | 4/5/2024 (pre-admitted) | ✓ |
| 198 | Physical Evidence:  Broken Apple iPhone (put together) (Harding/Withers) | 4/5/2024 (pre-admitted) | ✓ |
| 199 | Certification under FRE 902(14) | 4/5/2024 (pre-admitted), 4/11/2024 | ✓ Record purposes only |
| 200 | Extraction report from broken Apple iPhone | 4/11/2024 | ✓ Record purposes only |
| 201 | Excerpt from broken Apple iPhone extraction report – Relevant photographs | 4/10/2024 | ✓ |
| 202 | Excerpt from broken Apple iPhone extraction report – Installation of Prime Tracking Application | 4/11/2024 | ✓ |
| 203 | Excerpt from broken Apple iPhone extraction report – Prime Tracking application usage from September 4-16, 2020 | 4/11/2024 | ✓ |
| 205 | Photo of F-150 (at police station) | 4/5/2024 (pre-admitted) | ✓ |
| 206 | Photo of inside of Ford F-150 passenger side | 4/5/2024 (pre-admitted) | ✓ |
| 207 | Photo of inside of Ford F-150 driver's side | 4/5/2024 (pre-admitted) | ✓ |
| 208 | Photo of backpack unzipped | 4/5/2024 (pre-admitted) | ✓ |
| 209 | Photo of closeup of backpack showing black bag and ziplock bag | 4/5/2024 (pre-admitted) | ✓ |
| 210 | Photo of Prime bag with black trash bags and other items from backpack | 4/5/2024 (pre-admitted) | ✓ |
| 212 | Photo of burner phone found in center console of F-150 | 4/5/2024 (pre-admitted) | ✓ |
| 213 | Physical Evidence: Burner phone (7196) (Campbell) | 4/5/2024 (pre-admitted) | ✓ |
| 214 | Certification under FRE 902(14) | 4/11/2024 | ✓ Record purposes only |
| 215 | Extraction report from burner phone (7196) | 4/11/2024 | ✓ Record purposes only |
| 216 | Extraction report from burner phone – Relevant text messages with 214-XXX-0434 | 4/5/2024 (pre-admitted), 4/11/2024 | ✓ |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 217 | Excerpt from burner phone extraction report – Relevant text messages with 469-XXX-3948 | 4/5/2024 (pre-admitted), 4/11/2024 | ✓ |
| 218 | Excerpt from burner phone extraction report – Video of Beard and W.B. | 4/5/2024 (pre-admitted), 4/11/2024 | ✓ |
| 220 | Photo of pieces of boots in black bag #1 (shows entirety of contents of bag) | 4/5/2024 (pre-admitted) | ✓ |
| 221 | Photo of piece of boot from black bag #1 for scale | 4/5/2024 (pre-admitted) | ✓ |
| 222 | Photo of pieces of insole from black bag #1 | 4/5/2024 (pre-admitted) | ✓ |
| 223 | Photo of black bag #2 | 4/5/2024 (pre-admitted) | ✓ |
| 224 | Photo of contents of black bag #2 | 4/5/2024 (pre-admitted) | ✓ |
| 225 | Photo of black bag #3 | 4/5/2024 (pre-admitted) | ✓ |
| 226 | Photo of pieces of boot in black bag #3 | 4/5/2024 (pre-admitted) | ✓ |
| 227 | Photo of tongue of boot from black bag #3 5963.JPG | 4/5/2024 (pre-admitted) | ✓ |
| 228 | Photo of bottom of black bag #3 | 4/5/2024 (pre-admitted) | ✓ |
| 229 | Photo of black bag #4 | 4/5/2024 (pre-admitted) | ✓ |
| 230 | Photo of pieces of boot in black bag #4 | 4/5/2024 (pre-admitted) | ✓ |
| 231 | Photo of white trash bag containing brown make up vials, screwdriver, and knife | 4/5/2024 (pre-admitted) | ✓ |
| 232 | Photo of white trash bag containing brown make up vials, screwdriver, and a knife | 4/5/2024 (pre-admitted) | ✓ |
| 233 | Photo of brown make up vials | 4/5/2024 (pre-admitted) | ✓ |
| 235 | Physical evidence:  brown make up vial #1 | 4/5/2024 (pre-admitted) | ✓ |
| 236 | Physical evidence:  brown make up vial #2 | 4/5/2024 (pre-admitted) | ✓ |
| 238 | Google Map screenshot of 5604 Flamingo and Ford Expedition location | 4/5/2024 (pre-admitted) | ✓ |
| 239 | Photo of VIN from Expedition | 4/5/2024 (pre-admitted) | ✓ |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 240 | Photo of front of Expedition on Onset Road | 4/5/2024 (pre-admitted) | ✓ |
| 241 | Photo of intersection of Onset Bay and Port Isabel | 4/5/2024 (pre-admitted) | ✓ |
| 242 | Photo of driver's side front of Expedition | 4/5/2024 (pre-admitted) | ✓ |
| 243 | Photo of driver's side of Expedition | 4/5/2024 (pre-admitted) | ✓ |
| 244 | Photo of driver's side back of Expedition | 4/5/2024 (pre-admitted) | ✓ |
| 245 | Photo of passenger side of Expedition | 4/5/2024 (pre-admitted) | ✓ |
| 246 | Photo of passenger side of Expedition lit up | 4/5/2024 (pre-admitted) | ✓ |
| 247 | Photo of Expedition of black trash bags in passenger window | 4/5/2024 (pre-admitted) | ✓ |
| 248 | Photo of passenger side of Expedition showing distinct marking | 4/5/2024 (pre-admitted) | ✓ |
| 249 | Photo of steering wheel with apparent blood | 4/5/2024 (pre-admitted) | ✓ |
| 250 | Photo of driver's seat, steering wheel, and beard through window | 4/5/2024 (pre-admitted) | ✓ |
| 252 | Photo of Expedition at garage | 4/5/2024 (pre-admitted) | ✓ |
| 253 | Photo of driver side | 4/5/2024 (pre-admitted) | ✓ |
| 254 | Photo of rear cargo space of Expedition | 4/5/2024 (pre-admitted) | ✓ |
| 255 | Photo of passenger side | 4/5/2024 (pre-admitted) | ✓ |
| 256 | Photo of glove box | 4/5/2024 (pre-admitted) | ✓ |
| 257 | Photo of console showing air freshener tree and key | 4/5/2024 (pre-admitted) | ✓ |
| 259 | Photo of driver seat with apparent blood | 4/5/2024 (pre-admitted) | ✓ |
| 260 | Photo of driver floorboard with apparent dark hair | 4/5/2024 (pre-admitted) | ✓ |
| 261 | Photo of close-up of bloody dark hair on floorboard | 4/5/2024 (pre-admitted) | ✓ |
| 262 | Close-up of steering wheel with apparent blood | 4/5/2024 (pre-admitted) | ✓ |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 263 | Photo of fake beard near seatbelt latch | 4/5/2024 (pre-admitted) | ✓ |
| 264 | Photo of documents in passenger visor | 4/5/2024 (pre-admitted) | ✓ |
| 265 | Photo of two license plates (front plate to Expedition and paper plate from Nissan Quest) and title to vehicle | 4/5/2024 (pre-admitted) | ✓ |
| 266 | Photo of title to Expedition | 4/5/2024 (pre-admitted) | ✓ |
| 267 | Photo of the back of Expedition title | 4/5/2024 (pre-admitted) | ✓ |
| 269 | Physical evidence:  Documents for Expedition (Campbell) | 4/5/2024 (pre-admitted) | ✓ |
| 270 | Physical evidence:  Expedition fingerprint packet (Campbell) | 4/5/2024 (pre-admitted) | ✓ |
| 272 | Physical evidence:  License plate and title for Quest (found in glovebox of Expedition) (Campbell) | 4/5/2024 (pre-admitted) | ✓ |
| 274 | Photo of air freshener wrapper with apparent blood | 4/5/2024 (pre-admitted) | ✓ |
| 275 | Photo of air freshener wrapper with apparent blood | 4/5/2024 (pre-admitted) | ✓ |
| 276 | Photo area near seat belt without Blue Star | 4/5/2024 (pre-admitted) | ✓ |
| 277 | Photo of area near seat belt with Blue Star | 4/5/2024 (pre-admitted) | ✓ |
| 278 | Photo of steering wheel without Blue Star | 4/5/2024 (pre-admitted) | ✓ |
| 279 | Photo of steering wheel with Blue Star | 4/5/2024 (pre-admitted) | ✓ |
| 280 | Photo of driver's side mat without Blue Star | 4/5/2024 (pre-admitted) | ✓ |
| 281 | Photo of driver's side mat with Blue Star | 4/5/2024 (pre-admitted) | ✓ |
| 282 | Photo of driver door handle without Blue Star | 4/5/2024 (pre-admitted) | ✓ |
| 283 | Photo of driver door handle with Blue Star | 4/5/2024 (pre-admitted) | ✓ |
| 284 | Photo of passenger side without Blue Star | 4/5/2024 (pre-admitted) | ✓ |
| 285 | Photo of passenger floorboard with Blue Star | 4/5/2024 (pre-admitted) | ✓ |
| 286 | Photo of Ignition/gear shift without Blue Star | 4/5/2024 (pre-admitted) | ✓ |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 287 | Photo of Ignition/gear shift with Blue Star | 4/5/2024 (pre-admitted) | ✓ |
| 289 | Photo of fake beard with evidence bag | 4/5/2024 (pre-admitted) | ✓ |
| 290 | Close up photo of fake beard | 4/5/2024 (pre-admitted) | ✓ |
| 292 | Physical evidence:  Fake Beard (Campbell) [SWIFS #15] | 4/5/2024 (pre-admitted) | ✓ |
| 293 | Physical Evidence:  Air Freshener (Campbell) [SWIFS #16] | 4/5/2024 (pre-admitted) | ✓ |
| 294 | Physical Evidence:  Hair from driver's floorboard) (Campbell) [SWIFS #18] | 4/5/2024 (pre-admitted) | ✓ |
| 295 | Physical Evidence:  Steering wheel swab (Campbell) [SWIFS #28] | 4/5/2024 (pre-admitted) | ✓ |
| 301 | Photo of SWIFS # 8.1.1.1 (Buccal swab from Beard) | 4/11/2024 | ✓ |
| 302 | Photo of SWIFS # 15.1.1.1 (sample from fake beard [T1]), SWIFS # 15.1.1.2 (sample from fake beard [T2]) & SWIFS # 16.1.1 (Stain from air freshener [T2]) | 4/5/2024 (pre-admitted) | ✓ |
| 303 | Photo of SWIFS # 18.1.1 (Hair from driver's floorboard [T1]) | 4/5/2024 (pre-admitted) | ✓ |
| 304 | Photo of SWIFS # 28.1.1 (Steering wheel swab) | 4/5/2024 (pre-admitted) | ✓ |
| 306 | Physical Evidence:  Buccal swab from Beard (Chevalier) [SWIFS # 8] | 4/5/2024 (pre-admitted) | ✓ |
| 309 | SWIFS Firearm Analysis Report (dated April 19, 2023) (Rotella) | 4/16/2024 (by Defense) | ✓ |
| 311 | Photo of Quest at Carrollton PD shows paper plate (matches VIN from paper plate in Expedition) | 4/5/2024 (pre-admitted) | ✓ |
| 312 | Photo of Quest at Carrollton PD showing front driver's side | 4/5/2024 (pre-admitted) | ✓ |
| 313 | Photo of rear license paper plate of Quest | 4/5/2024 (pre-admitted) | ✓ |
| 314 | Photo of VIN of Quest | 4/5/2024 (pre-admitted) | ✓ |
| 316 | Photo of Quest car title | 4/5/2024 (pre-admitted) | ✓ |
| 317 | Physical evidence:  Quest title document (Vasquez/Powell) | 4/5/2024 (pre-admitted) | ✓ |
| 318 | Physical Evidence: Documents for Quest | 4/5/2024 (pre-admitted) | ✓ |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 319 | Physical evidence:  Quest fingerprint packet (Powell) | 4/5/2024 (pre-admitted) | ✓ |
| 323 | July 25, 2020 911 call (Davis) | 4/10/2024 | ✓ |
| 325 | Aug. 6, 2020 911 call—reporting "assault" (Stanley) | 4/10/2024 | ✓ |
| 327 | Police body cam video (Vergara) | 4/10/2024 | ✓ |
| 328 | Still shot from Vergara body cam video | 4/5/2024 (pre-admitted) | ✓ |
| 329 | Photo of Elkins's scratches (stomach) | 4/9/2024 | ✓ |
| 330 | Photo of Elkins's scratches (chest) | 4/9/2024 | ✓ |
| 332 | Elkins's written "assault" statement #1 (8/6/2020) | 4/10/2024 | ✓ |
| 337 | Photo of Aug. 15 2020 Pet Lives Matter adoption (Elkins, Beard & dog) (Lee Martin) | 4/11/2024 | ✓ |
| 338 | Photos of Aug. 15 2020 Pet Lives Matter adoption paperwork  (Lee Martin) | 4/11/2024 | ✓ |
| 340 | Sept. 2, 2020 911 call by "Frank Marrow" (Carlisle) | 4/5/2024 (pre-admitted) | ✓ |
| 342 | Physical Evidence: Clear blue box that contained planted evidence (Robb) | 4/11/2024 | ✓ |
| 343 | Physical Evidence: .22 LR caliber pistol (Robb) | 4/11/2024 | ✓ |
| 344 | Physical Evidence: 9 rounds of .22 LR caliber ammunition (Robb) | 4/11/2024 | ✓ |
| 345 | Physical Evidence: marijuana (Robb) | 4/11/2024 | ✓ |
| 346 | Physical Evidence: Cocaine (Robb) | 4/11/2024 | ✓ |
| 347 | Physical Evidence: $29 cash (Robb) | 4/11/2024 | ✓ |
| 348 | Physical Evidence: Plastic bags (Robb) | 4/11/2024 | ✓ |
| 350 | S. Wright's texts with Burkett about fake drugs (from Wright's phone) | 4/5/2024 (pre-admitted) | ✓ |
| 351 | H. Smith's texts with Burkett about fake drugs (Smith's phone) | 4/5/2024 (pre-admitted) | ✓ |
| 355 | Elkins's recorded police interview providing Beard an alibi (Chevallier/Harding) | 4/15/2024 | ✓ |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 362 | FBI CAST Report (Sedwick) – as modified | 4/15/2024 | ✓ |
| 364 | Physical Evidence: Camillus knife & sheath (demonstrative) (Hanson) | 4/10/2024 | ✓ |
| 365 | Photo of Camillus knife & sheath (demonstrative) | 4/5/2024 (pre-admitted) | ✓ |
| 366 | Photo of Camillus knife & sheath—UPC (demonstrative) | 4/5/2024 (pre-admitted) | ✓ |
| 367 | Photo of Camillus knife & sheath (demonstrative) compared to Camillus sheath recovered at Greentree Apartments (GX 25) | 4/5/2024 (pre-admitted) | ✓ |
| 369 | Physical Evidence: brown Maybelline makeup & receipt (demonstrative) (Hanson) | 4/5/2024 (pre-admitted) | ✓ |
| 370 | Photo of brown Maybelline makeup—label shown (demonstrative) compared to brown makeup recovered from Beard's truck | 4/5/2024 (pre-admitted) | ✓ |
| 371 | Photo of brown Maybelline makeup (demonstrative) compared to brown makeup recovered from Beard's truck | 4/5/2024 (pre-admitted) | ✓ |
| 373 | Amazon Records (Beard & Elkins); FRE 902 | 4/11/2024 | ✓<br>Record purposes only |
| 374 | Relevant excerpt—Purchase and cancellation of tracker on 6/22/2020 | 4/11/2024 | ✓ |
| 376 | Bank of America Records (Elkins); FRE 902 | 4/11/2024 | ✓<br>Record purposes only |
| 377 | Relevant excerpt—$1200 ATM withdrawal 9/13/2020 | 4/11/2024 | ✓ |
| 379 | JP Morgan Chase Records (Beard); FRE 902 | 4/5/2024 (pre-admitted), 4/11/2024 | ✓<br>For Record purposes only |
| 380 | Relevant excerpt—ATM withdrawal 9/26/2020 | 4/5/2024 (pre-admitted), 4/11/2024 | ✓ |
| 382 | Dick's Sporting Goods Records; FRE 902 | 4/11/2024 | ✓ |
| 384 | Walmart Records; FRE 902 | 4/5/2024 (pre-admitted), 4/11/2024 | ✓<br>Record purposes only |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 385 | Relevant excerpt—9/19/2020 purchase at McKinney store (#5211) | 4/5/2024 (pre-admitted) | ✓ |
| 386 | Spirit Halloween Records; FRE 902 | 4/11/2024 | ✓ |
| 388 | Walgreens Records; FRE 902 | 4/11/2024 | ✓ Record purposes only |
| 389 | Relevant excerpt—Purchase on 9/14/2020 | 4/11/2024 | ✓ |
| 391 | Google Records ([HollyElkinsA@gmail.com](HollyElkinsA@gmail.com)); FRE 902 | 4/11/2024 | ✓ Record purposes only |
| 392 | Relevant excerpt—Emails | 4/11/2024 | ✓ |
| 393 | Relevant excerpt—Internet searches | 4/11/2024 | ✓ |
| 395 | Burkett's Facebook Account; FRE 902 (Withers) | 4/11/2024 | ✓ Record purposes only |
| 396 | Relevant excerpt—Friend request on 7/31/2020 | 4/11/2024 | ✓ |
| 398 | Prime Tracking Records; FRE 902 (Orkin) | 4/10/2024 | ✓ |
| 400 | Private Investigator Records (Blacknall) | 4/9/2024 Pg 3-8 4/11/2024 Pg. 1-2 | ✓ |
| 402 | Records for Beard personal phone (4380) | 4/15/2024 | ✓ Record purposes only |
| 404 | Records for Beard work phone (9204) | 4/15/2024 | ✓ Record purposes only |
| 406 | Records for Burner phone (4753) | 4/15/2024 | ✓ Record purposes only |
| 408 | Records for Burner phone (7196) | 4/15/2024 | ✓ Record purposes only |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 410 | Records for Elkins's phone (8296) | 4/15/2024 | ✓ Record purposes only |
| 412 | F-150 Berla Data (Pihl) FRE 902 | 4/11/2024 | ✓ Record purposes only |
| 413 | Relevant excerpt—9/23/2020 (Spirit of Halloween) | 4/11/2024 | ✓ |
| 414 | Stipulation of Fact | 4/11/2024 | ✓ |

## DEFENSE ADMITTED EXHIBITS

| Defense Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| DX  1 | Andrew Charles Beard Arrest Booking Photo | 4/5/2024 (pre-admitted) | ✓ |
| DX  2 | Flamingo Search Photo - House | 4/5/2024 (pre-admitted) | ✓ |
| DX  3 | Flamingo Search Photo - Dining Room | 4/5/2024 (pre-admitted) | ✓ |
| DX  4 | Flamingo Search Photo - Stairs | 4/5/2024 (pre-admitted) | ✓ |
| DX  5 | Flamingo Search Photo - Main Bedroom | 4/5/2024 (pre-admitted) | ✓ |
| DX  6 | Flamingo Search Photo - Main Closet | 4/5/2024 (pre-admitted) | ✓ |
| DX  7 | Flamingo Search Photo - Kitchen | 4/5/2024 (pre-admitted) | ✓ |
| DX  8 | Flamingo Search Photo - Kitchen 2 | 4/5/2024 (pre-admitted) | ✓ |
| DX  9 | Flamingo Search Photo - Kitchen 3 | 4/5/2024 (pre-admitted) | ✓ |
| DX  10 | Flamingo Search Photo - Kitchen 4 | 4/5/2024 (pre-admitted) | ✓ |
| DX  11 | Flamingo Search Photo - Garage | 4/5/2024 (pre-admitted) | ✓ |
| DX  12 | Flamingo Search Photo - Garage 2 | 4/5/2024 (pre-admitted) | ✓ |
| DX  13 | Flamingo Search Photo - Garage 3 | 4/5/2024 (pre-admitted) | ✓ |

| Defense Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| DX  14 | Flamingo Search Photo - Garage 4 | 4/5/2024 (pre-admitted) | ✓ |
| DX  15 | Flamingo Search Photo - Garage 5 | 4/5/2024 (pre-admitted) | ✓ |
| DX  16 | Flamingo Search Photo - Garage copy | 4/5/2024 (pre-admitted) | ✓ |
| DX  17 | Flamingo Search Photo - Office | 4/5/2024 (pre-admitted) | ✓ |
| DX  18 | Flamingo Search Photo - Office 2 | 4/5/2024 (pre-admitted) | ✓ |
| DX  19 | Flamingo Search Photo - Upstairs Den | 4/5/2024 (pre-admitted) | ✓ |
| DX  20 | Flamingo Search Photo - Upstairs Den 2 | 4/5/2024 (pre-admitted) | ✓ |
| DX  21 | Flamingo Search Photo - Upstairs Den Closet | 4/5/2024 (pre-admitted) | ✓ |
| DX  22 | Flamingo Search Photo - Upstairs Bathroom | 4/5/2024 (pre-admitted) | ✓ |
| DX  23 | Flamingo Search Photo - Guest Bedroom Clothes Pile | 4/5/2024 (pre-admitted) | ✓ |
| DX  24 | Flamingo Search Photo - Backyard to Lake | 4/5/2024 (pre-admitted) | ✓ |
| DX  25 | Flamingo Search Photo - Outside Back | 4/5/2024 (pre-admitted) | ✓ |
| DX  26 | Flamingo Search Photo - Bowfishing Bows | 4/5/2024 (pre-admitted) | ✓ |
| DX  27 | Flamingo Search Photo - Nasr Jewelry Box | 4/5/2024 (pre-admitted) | ✓ |
| DX  28 | Flamingo Search Photo - Nasr Jewelry Receipt | 4/5/2024 (pre-admitted) | ✓ |
| DX  29 | Flamingo Search Photo - Nasr Jewelry Receipt 2 | 4/5/2024 (pre-admitted) | ✓ |
| DX  30 | Flamingo Search Photo - Nasr Jewelry Receipt 3 | 4/5/2024 (pre-admitted) | ✓ |
| DX  31 | Flamingo Search Photo - Nasr Jewelry Receipt 4 | 4/5/2024 (pre-admitted) | ✓ |
| DX  32 | Flamingo Search Photo - Nightstand Drawer | 4/5/2024 (pre-admitted) | ✓ |
| DX  33 | Flamingo Search Photo - Glock Handgun | 4/5/2024 (pre-admitted) | ✓ |
| DX  34 | Flamingo Search Photo - Nightstand Drawer 2 | 4/5/2024 (pre-admitted) | ✓ |
| DX  35 | Flamingo Search Photo - Kimber Solo Handgun | 4/5/2024 (pre-admitted) | ✓ |
| DX  36 | Flamingo Search Photo - Bathroom Cabinet | 4/5/2024 (pre-admitted) | ✓ |

| Defense Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| DX 37 | Flamingo Search Photo - Beard Apology Note | 4/5/2024 (pre-admitted) | ✓ |
| DX 38 | Flamingo Search Photo - Beard Apology Note p.1 | 4/5/2024 (pre-admitted) | ✓ |
| DX 39 | Flamingo Search Photo - Beard Apology Note p.2 | 4/5/2024 (pre-admitted) | ✓ |
| DX 40 | Flamingo Search Photo - Beard Apology Note p.3 | 4/5/2024 (pre-admitted) | ✓ |
| DX 41 | Flamingo Search Photo – Beard's Notes on 9-30-2020 Court Hearing | 4/5/2024 (pre-admitted) | ✓ |
| DX 42 | Flamingo Search Photo – Beard's Notes on 09-30-2020 Court Hearing Closeup | 4/5/2024 (pre-admitted) | ✓ |
| DX 43 | Flamingo Search Photo - Gun Safe | 4/5/2024 (pre-admitted) | ✓ |
| DX 44 | Flamingo Search Photo - Gun Safe 2 | 4/5/2024 (pre-admitted) | ✓ |
| DX 45 | Flamingo Search Photo - Gun Safe 3 | 4/5/2024 (pre-admitted) | ✓ |
| DX 46 | Flamingo Search Photo - Gun Safe 4 | 4/5/2024 (pre-admitted) | ✓ |
| DX 47 | Flamingo Search Photo - Gun Safe 5 | 4/5/2024 (pre-admitted) | ✓ |
| DX 48 | Flamingo Search Photo - Gun Safe 6 | 4/5/2024 (pre-admitted) | ✓ |
| DX 49 | Flamingo Search Photo - 12 Gauge Shotgun Shell Box | 4/5/2024 (pre-admitted) | ✓ |
| DX 50 | Flamingo Search Photo - 2nd 12 Gauge Shotgun Shell Box | 4/5/2024 (pre-admitted) | ✓ |
| DX 51 | Flamingo Search Photo - Top of Gun Safe | 4/5/2024 (pre-admitted) | ✓ |
| DX 52 | Flamingo Search Photo - Top of Gun Safe 2 | 4/5/2024 (pre-admitted) | ✓ |
| DX 53 | Flamingo Search Photo – Beard's Tan Backpack | 4/5/2024 (pre-admitted) | ✓ |
| DX 54 | Flamingo Search Photo – Beard's Tan Backpack 2 | 4/5/2024 (pre-admitted) | ✓ |
| DX 55 | Flamingo Search Photo - Ruger Vaquero Revolver | 4/5/2024 (pre-admitted) | ✓ |
| DX 56 | Flamingo Search Photo - Beretta 960 Centurion Handgun | 4/5/2024 (pre-admitted) | ✓ |
| DX 57 | Flamingo Search Photo - Colt 90 Series Handgun | 4/5/2024 (pre-admitted) | ✓ |
| DX 58 | Flamingo Search Photo - Beretta 92 Parabellum Handgun | 4/5/2024 (pre-admitted) | ✓ |
| DX 59 | Flamingo Search Photo - Ruger LCP Handgun | 4/5/2024 (pre-admitted) | ✓ |

| Defense Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| DX 60 | Flamingo Search Photo - Ruger 22 Charger Pistol | 4/5/2024 (pre-admitted) | ✓ |
| DX 61 | Flamingo Search Photo - Springfield XDm Handgun | 4/5/2024 (pre-admitted) | ✓ |
| DX 62 | Flamingo Search Photo - Remington 870 12 Gauge Shotgun | 4/5/2024 (pre-admitted) | ✓ |
| DX 63 | Flamingo Search Photo - Savage Arms 7mm Rifle with Scope | 4/5/2024 (pre-admitted) | ✓ |
| DX 64 | Flamingo Search Photo - Daniel Defense 556 Rifle | 4/5/2024 (pre-admitted) | ✓ |
| DX 65 | Flamingo Search Photo - Marlin 30AS Lever Action Rifle | 4/5/2024 (pre-admitted) | ✓ |
| DX 66 | Flamingo Search Photo - Bushmaster 556 Rifle | 4/5/2024 (pre-admitted) | ✓ |
| DX 67 | Flamingo Search Photo - Garage Toolbox Drawer | 4/5/2024 (pre-admitted) | ✓ |
| DX 68 | Flamingo Search Photo - Hilti Graph Paper Notes | 4/5/2024 (pre-admitted) | ✓ |
| DX 69 | Flamingo Search Photo - Hilti Graph Paper Notes 2 | 4/5/2024 (pre-admitted) | ✓ |
| DX 70 | Flamingo Search Photo - Hilti Graph Paper Notes 3 | 4/5/2024 (pre-admitted) | ✓ |
| DX 71 | Flamingo Search Photo - Hilti Graph Paper Notes 4 | 4/5/2024 (pre-admitted) | ✓ |
| DX 72 | Flamingo Search Photo - Hilti Graph Paper Notes 5 | 4/5/2024 (pre-admitted) | ✓ |
| DX 73 | Flamingo Search Photo - Hilti Graph Paper Notes 6 | 4/5/2024 (pre-admitted) | ✓ |
| DX 74 | Flamingo Search Photo - Hilti Graph Paper Notes 7 | 4/5/2024 (pre-admitted) | ✓ |
| DX 75 | Flamingo Search Photo - Hilti Graph Paper Notes 8 | 4/5/2024 (pre-admitted) | ✓ |
| DX 76 | Flamingo Search Photo - Hilti Graph Paper Notes 9 | 4/5/2024 (pre-admitted) | ✓ |
| DX 77 | Flamingo Search Photo - Palmetto State Armory 556 Rifle | 4/5/2024 (pre-admitted) | ✓ |
| DX 78 | Flamingo Search Photo - Pellet Rifle | 4/5/2024 (pre-admitted) | ✓ |
| DX 79 | Flamingo Search Photo - Kiddie Academy App | 4/5/2024 (pre-admitted) | ✓ |
| DX 80 | Flamingo Search Photo - Kiddie Academy App 2 | 4/5/2024 (pre-admitted) | ✓ |
| DX 81 | Flamingo Search Photo - Kiddie Academy App 3 | 4/5/2024 (pre-admitted) | ✓ |
| DX 82 | Flamingo Search Photo - Kiddie Academy App 4 | 4/5/2024 (pre-admitted) | ✓ |

| Defense Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| DX 83 | Flamingo Search Photo - Kiddie Academy App 5 | 4/5/2024 (pre-admitted) | ✓ |
| DX 84 | Flamingo Search Photo - Kiddie Academy App 6 | 4/5/2024 (pre-admitted) | ✓ |
| DX 85 | Flamingo Search Photo - Kiddie Academy App 7 | 4/5/2024 (pre-admitted) | ✓ |
| DX 86 | Flamingo Search Photo - Kiddie Academy App 8 | 4/5/2024 (pre-admitted) | ✓ |
| DX 87 | Flamingo Search Photo - Kiddie Academy App 9 | 4/5/2024 (pre-admitted) | ✓ |
| DX 88 | Flamingo Search Photo - Kiddie Academy App 10 | 4/5/2024 (pre-admitted) | ✓ |
| DX 89 | Flamingo Search Photo - Beard's Dec 2019 Alyssa Log | 4/5/2024 (pre-admitted) | ✓ |
| DX 90 | Flamingo Search Photo - Beard's Portfolio | 4/5/2024 (pre-admitted) | ✓ |
| DX 91 | Flamingo Search Photo - Beard Portfolio Docs | 4/5/2024 (pre-admitted) | ✓ |
| DX 92 | Flamingo Search Photo - Beard Portfolio Docs 2 | 4/5/2024 (pre-admitted) | ✓ |
| DX 93 | Flamingo Search Photo - Beard Portfolio Docs 3 | 4/5/2024 (pre-admitted) | ✓ |
| DX 94 | Flamingo Search Photo - Beard Portfolio Docs 4 | 4/5/2024 (pre-admitted) | ✓ |
| DX 95 | Flamingo Search Photo - Beard Portfolio Docs 5 | 4/5/2024 (pre-admitted) | ✓ |
| DX 96 | Flamingo Search Photo - Beard Portfolio Docs 6 | 4/5/2024 (pre-admitted) | ✓ |
| DX 97 | Flamingo Search Photo - Beard CA & MT Drivers Licenses | 4/5/2024 (pre-admitted) | ✓ |
| DX 98 | Flamingo Search Photo - Beard Portfolio Docs 7 | 4/5/2024 (pre-admitted) | ✓ |
| DX 99 | Flamingo Search Photo - Beard Portfolio Docs 8 | 4/5/2024 (pre-admitted) | ✓ |
| DX 100 | Flamingo Search Photo - Beard Portfolio Docs 9 | 4/5/2024 (pre-admitted) | ✓ |
| DX 101 | Flamingo Search Photo - Beard Portfolio Docs 10 | 4/5/2024 (pre-admitted) | ✓ |
| DX 102 | Flamingo Search Photo - S&W Airweight Snubnose Revolver | 4/5/2024 (pre-admitted) | ✓ |
| DX 103 | Flamingo Search Photo - Warrant & Evidence Log | 4/5/2024 (pre-admitted) | ✓ |
| DX 104 | Flamingo Search Photo - Kitchen Exit Photo | 4/5/2024 (pre-admitted) | ✓ |
| DX 105 | Flamingo Search Photo - Garage Exit Photo | 4/5/2024 (pre-admitted) | ✓ |

| Defense Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| DX 106 | Flamingo Search Photo - Upstairs Den Exit Photo | 4/5/2024 (pre-admitted) | ✓ |
| DX 107 | Flamingo Search Photo - Beard's Homemade Silencer | 4/5/2024 (pre-admitted) | ✓ |
| DX 108 | Flamingo Search Photo - Beard's Homemade Silencer 2 | 4/5/2024 (pre-admitted) | ✓ |
| DX 109 | Flamingo Search Photo - Beard's Homemade Silencer 3 | 4/5/2024 (pre-admitted) | ✓ |
| DX 110 | Flamingo Search Photo - Beard's Homemade Silencer 4 | 4/5/2024 (pre-admitted) | ✓ |
| DX 111 | Flamingo Search Photo - Beard's Homemade Silencer 5 | 4/5/2024 (pre-admitted) | ✓ |
| DX 112 | Flamingo Search Photo - Beard's Homemade Silencer 6 | 4/5/2024 (pre-admitted) | ✓ |
| DX 113 | Flamingo Search Photo - Beard's Homemade Silencer 7 | 4/5/2024 (pre-admitted) | ✓ |
| DX 116 | Hilti Graph Paper Notes Scan from Flamingo Search | 4/5/2024 (pre-admitted) | ✓ |
| DX 123 | Frank Marrow 911 Call | 4/5/2024 (pre-admitted) | ✓ |
| DX 124 | Det. Bonner Interview of Nina Bulling (1 of 2) | 4/5/2024 (pre-admitted) | ✓ |
| DX 125 | Det. Bonner Interview of Nina Bulling (2 of 2) | 4/5/2024 (pre-admitted) | ✓ |
| DX 127 | Beard & Alyssa Chat - Alyssa's iPhone | 4/12/2024 A127, C127, E127, F127, J127, K127 | ✓ |
| DX 130 | Beard Chat Thread to Himself - Beard iPhone SE (DX 130A: attachments) | 4/11/2024 Pg 1 | ✓ |
| DX 132 | Beard & Holly Chat – Beard's Work Phone (DX 132A: attachments) | 4/12/2024 Pg 12-13 | ✓ |
| DX 133 | Beard & Matt Jackson Chat - Beard's Work Phone | 4/12/2024 | ✓ |
| DX 134 | Beard & Lizette Chat - Beard's iPhone SE (DX 134A: attachments) | 4/12/2024 C 134 | ✓ |
| DX 135 | Beard, Lizette & Holly Chat - Beard's iPad | 4/12/2024 | ✓ |
| DX 136 | Holly & Beard Work Phone Chat - Holly's iPhone | 4/12/2024 Pg 8-9 | ✓ |
| DX 137 | Beard & Lizette Chat - Beard iPad (DX 137A: attachments) | 4/10/2024 Pg 618 4/12/2024 Pg 896-898 A137, B137, E137, K137, L137, M137, | ✓ |

| Defense Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| | | F137, G137, H137, N137 | |
| DX 138 | Beard & Holly Chat - Beard's iPad (DX 138A: attachments) | 4/12/2024 138 B138, D138 | ✓ |
| DX 140 | Photo - Bowfishing gar - Beard's iPad Mini | 4/5/2024 (pre-admitted) | ✓ |
| DX 141 | Photo - Bowfishing gar 2 - Beard's iPad Mini | 4/5/2024 (pre-admitted) | ✓ |
| DX 142 | Photo - Holly shooting pellet rifle on Flamingo deck - Beard's iPad Mini | 4/5/2024 (pre-admitted) | ✓ |
| DX 143 | Photo - Holly shooting pellet rifle 2 - Beard's iPad Mini | 4/5/2024 (pre-admitted) | ✓ |
| DX 144 | Photo - Beard bowfishing with dead carp - Beard's iPad Mini | 4/5/2024 (pre-admitted) | ✓ |
| DX 145 | Live photo of arrow through two gar - Beard's iPad Mini | 4/5/2024 (pre-admitted) | ✓ |
| DX 146 | Live photo of bow hunted beaver - Beard's iPad Mini | 4/5/2024 (pre-admitted) | ✓ |
| DX 147 | Live photo of bow hunted beaver 2 - Beard's iPad Mini | 4/5/2024 (pre-admitted) | ✓ |
| DX 163 | Holly "Pick Up Your Book" Willow Video | 4/5/2024 (pre-admitted) | ✓ |
| DX 164 | Photo of Holly & Willow on Outdoor Couch | 4/5/2024 (pre-admitted) | ✓ |
| DX 165 | Photo of Willow, Holly, & Beard - Flamingo Upstairs Den | 4/5/2024 (pre-admitted) | ✓ |
| DX 166 | Photo of Willow, Holly, & Beard | 4/5/2024 (pre-admitted) | ✓ |
| DX 172 | Walmart Email with Receipt | 4/5/2024 (pre-admitted) | ✓ |
| DX 173 | Walmart Receipt | 4/5/2024 (pre-admitted) | ✓ |
| DX 174 | Images of Walmart Purchased Items | 4/5/2024 (pre-admitted) | ✓ |
| DX 178 | Photo of Nissan Quest #1 | 4/5/2024 (pre-admitted) | ✓ |
| DX 179 | Photo of Nissan Quest #2 | 4/5/2024 (pre-admitted) | ✓ |
| DX 180 | Photo of Nissan Quest #3 | 4/5/2024 (pre-admitted) | ✓ |
| DX 213 | Flamingo Search Photo - Upstairs Den Room 8 | 4/5/2024 (pre-admitted) | ✓ |
| DX 214 | Flamingo Search Photo - Upstairs Den Room 8 #2 | 4/5/2024 (pre-admitted) | ✓ |
| DX 215 | Flamingo Search Photo - Upstairs Den Room 8 #3 | 4/5/2024 (pre-admitted) | ✓ |

| Defense Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| DX  216 | Flamingo Search Photo - Upstairs Den Closet | 4/5/2024 (pre-admitted) | ✓ |
| DX  217 | Flamingo Search Photo - Upstairs Den Room 8 Exit | 4/5/2024 (pre-admitted) | ✓ |
| DX  218 | Sarah Beard Voicemail - 07-23-2019 | 4/12/2024 | ✓ |
| DX  221 | Walgreens Records | 4/5/2024 (pre-admitted) | ✓ |
| DX  222 | Holly's iPhone - Notes Extraction | 4/5/2024 (pre-admitted) | ✓ |
| DX  223 | Holly's iPhone - Contacts Extraction | 4/5/2024 (pre-admitted) | ✓ |
| DX  224 | SWIFS Records - FRE 902(11) (Affidavit included, & DX 225) | 4/15/2024 224A | ✓ |
| DX  227 | Beard Passport - 2 | 4/12/2024 | ✓ |
| DX  253 | 2020-02-17 - Nina Sending Email of Ben Erwin Bar Tab FB Screenshot | 4/10/2024 | ✓ |
| DX  254 | 2020-03-01 - Beard to Nina - We Won Whistlestop! Thread | 4/12/2024 | ✓ |
| DX  275 | 2020-09-02-(0) - Product Board Mtg Invite | 4/12/2024 | ✓ |
| DX  276 | 2020-09-02-(1) - Product Board Mtg Invite - Attachment 1 | 4/12/2024 | ✓ |
| DX  278 | 2020-09-30-(0) - Pam Miley "your case" Email | 4/12/2024 | ✓ |
| DX  285 | 2020-09-30-(7) - Pam Miley "your case" Email - Attachment 7 | 4/12/2024 | ✓ |
| DX  291 | Beard - 2014 Hilti Form W-2 | 4/12/2024 | ✓ |
| DX  296 | Beard - 2019 Hilti Form W-2 | 4/5/2024 (pre-admitted) | ✓ |
| DX  298 | Beard Loan App Email - Attachment (2018 W2 Form) | 4/12/2024 | ✓ |
| DX  299 | Beard Loan App Email - Attachment (2019_W2_PDF) | 4/12/2024 | ✓ |
| DX  304 | Photo of Beard's Custody Fight Portfolio | 4/12/2024 | ✓ |
| DX  306 | Documents 2 - Beard Custody Fight Portfolio | 4/12/2024 | ✓ |
| DX  308 | Documents 4 - Beard Custody Fight Portfolio | 4/12/2024 | ✓ |
| DX  315 | Documents 11 - Beard Custody Fight Portfolio | 4/12/2024 | ✓ |
| DX  320 | Photo 3 of Beard's Five-Year Planner | 4/12/2024 | ✓ |
| DX  321 | Photo 4 of Beard's Five-Year Planner | 4/12/2024 | ✓ |

| Defense Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| DX 323 | Photo - Nina, Willow, & Beard | 4/16/2024 323 A323 | ✓ |
| DX 324 | Photo of Prime Tracking tracker from Beard's iPad (taken 10-25-2019) | 4/5/2024 (pre-admitted) | ✓ |
| DX 327 | Beard Surveillance - 426 Jasmine, Royce City 3 of 5 | 4/12/2024 | ✓ |
| DX 330 | 09-15-2020 - Sutherland Letter to Ewert | 4/12/2024 | ✓ |
| DX 337 | Photo - Golf Cart & Volkswagen Jetta at Flamingo | 4/5/2024 (pre-admitted) | ✓ |
| DX 341 | Photo - Search of Beard's Ford F150 1 | 4/5/2024 (pre-admitted) | ✓ |
| DX 342 | Photo - Search of Beard's Ford F150 2 | 4/5/2024 (pre-admitted) | ✓ |
| DX 343 | Photo - Ford Expedition-Seller Photo | 4/5/2024 (pre-admitted) | ✓ |
| DX 344 | Photo - Ford Expedition-Onset Bay 1 | 4/5/2024 (pre-admitted) | ✓ |
| DX 345 | Photo - Ford Expedition-Onset Bay 2 | 4/5/2024 (pre-admitted) | ✓ |
| DX 346 | Photo - Ford Expedition-Onset Bay 3 | 4/5/2024 (pre-admitted) | ✓ |
| DX 347 | Photo - Ford Expedition-Onset Bay 4 | 4/5/2024 (pre-admitted) | ✓ |
| DX 348 | Photo - Ford Expedition-Onset Bay 5 | 4/5/2024 (pre-admitted) | ✓ |
| DX 349 | Photo - Ford Expedition-Onset Bay & Tern Harbor Signs | 4/5/2024 (pre-admitted) | ✓ |
| DX 350 | Holly Photo 1 - iPhone Extraction | 4/5/2024 (pre-admitted) | ✓ |
| DX 351 | Holly Photo 2 - iCloud Extraction | 4/5/2024 (pre-admitted) | ✓ |
| DX 352 | Holly Photo 3 - iCloud Extraction | 4/5/2024 (pre-admitted) | ✓ |
| DX 353 | Holly Photo 4 - iCloud Extraction | 4/5/2024 (pre-admitted) | ✓ |
| DX 354 | Holly Photo 5 - iCloud Extraction | 4/5/2024 (pre-admitted) | ✓ |
| DX 355 | Holly Photo 6 (with Willow & Beard) - iPhone Extraction | 4/5/2024 (pre-admitted) | ✓ |
| DX 356 | Beard & Nick Beard Chat - Beard's iPhone SE (DX 356A: attachments) | 4/12/2024 B356 C356 | ✓ |
| DX 357 | Alyssa Burkett iPhone Chat Thread Excerpt | 4/11/2024 357A, pg 8, 10, and 14 | ✓ |

| Defense Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| | | 357 B<br>357 D | |
| DX  363 | Photo - GM pre-makeup application | 4/5/2024<br>(pre-admitted) | ✓ |
| DX  364 | Photo - GM post-makeup application | 4/5/2024<br>(pre-admitted) | ✓ |
| DX  385 | Beard - 08-31-2020 Emails - Beard (broken) iPhone SE | 4/5/2024<br>(pre-admitted) | ✓ |
| DX  390 | Walgreens Defense Subpoena Records 1 of 2 | 4/5/2024<br>(pre-admitted) | ✓ |
| DX  391 | Walgreens Defense Subpoena Records 2 of 2 | 4/5/2024<br>(pre-admitted) | ✓ |
| DX  392 | Dallas County District Clerk Records - DC-22-13811 (Certified) | 4/9/2024<br>Pg. 31 | ✓ |
| DX  394 | Holly Elkins iPhone "Railroad" Chat Excerpt | 4/12/2024<br>A-D | ✓ |
| DX  395 | Holly Elkins iPhone "Ride or Die" Chat Thread Excerpt | 4/12/2024<br>I395 | ✓ |
| DX  396 | Contouring Guide Screenshot from Holly Elkins iPhone | 4/12/2024 | ✓ |
| DX  397 | Screenshot Metadata for DX 396 | 4/12/2024 | ✓ |
| DX  399 | Defense mark-up of objectionable pages to GX 362 | 4/15/2024 | ✓<br>For Record purposes only |
| DX  400 | Summary table for Shot Size Determination Results for IFS-20-18377, Request 0010 issued on April 19, 2023 | 4/16/2024 | ✓ |
| DX  401 | Nina Bulling October 2020 Interview Transcript | 4/16/2024 | ✓ |
| DX  402 | Photograph of Holly Elkins before, during and after make-up demonstration | 4/17/2024<br>A, B, C | ✓<br>For Record purposes only |
| DX  403 | PDF Version of Mr. Calvert's Demonstrative Chart Displayed During SA Hanson's Testimony on April 15, 2024 | 4/17/2024 | ✓<br>For Record purposes only |