# USA v. Holly Ann Elkins

## In Defense of Ms. Elkins

Stephen J. Green

Jeff Daniel Clark

Gabriela Markolovic



Case 3:23-cr-00247-B *SEALED*   Document 1 *SEALED*   Filed 06/21/23   Page 1 of 8   PageID 1

**SEALED**

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NORTHERN DISTRICT OF TEXAS
FILED
JUN
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES OF AMERICA

v.

HOLLY ANN ELKINS

NO. 3-23CR0247-B

**INDICTMENT**



ANDREW BEARD

# INCONSISTENT
# INADEQUATE
# INCOMPLETE



# Jurors

## Three Jobs During Deliberations:

1. Make decisions

2. Follow the law

3. Explain your thinking to each other



III.  **Charges Against the Defendant**

**Single Defend**[ant]

A separate crime is charged in each count[...] pertaining to it, should be considered separately.

C[...]
Cons[piracy]
(Violation [of...])

Title 18, United States Code, Section 3[...] conspire to commit an offense against the laws of [...]

The defendant is charged with conspiring [...]

A "conspiracy" is an agreement between t[wo...] some unlawful purpose. It is a kind of "partn[ership...] conspiracy becomes the agent of every other mem[ber...]

For you to find the defendant guilty o[f...] government has proved each of the following bey[ond...]

*First*: That the defendant and at least o[ne...] Stalking, as charged in the indictment;

*Second*: That the defendant knew the un[lawful...] willfully, that is, with the intent to further the un[lawful...]

*Third*: That at least one of the conspirators during the existence of the conspiracy knowingly committed at least one of the overt acts described in the indictment, in order to accomplish some object or purpose of the conspiracy.

The overt act need not be of a criminal nature so long as it is done in furtherance of the conspiracy.

-9-

---

government has proved each of the[...]

**First:** That the defendant a[...]

Stalking, as charged in the indictm[ent...]

**Second:** That the defendant [...]

willfully, that is, with the intent to [...]

**Third:** That at least one of th[e...]

committed at least one of the overt [acts...]

object or purpose of the conspiracy[...]

The overt act need not be [...]

**"ELEMENTS"** ←

III.     Charges Against the Defendant

Single Defendant – Multiple Counts

A separate crime is charged in each count of the indictment. Each count, and the evidence pertaining to it, should be considered separately.

Count One
Conspiracy to Stalk
(Violation of 18 U.S.C. § 371)

Title 18, United States Code, Section 371, makes it a crime for two or more persons to

[text partially obscured by overlay]

*Second*: That the defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose; and

For you to find the defendant guilty of this crime, you must be convinced that the government has proved each of the following beyond a reasonable doubt:

*First*: That the defendant and at least one other person agreed to commit the crime of Stalking, as charged in the indictment;

*Second*: That the defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose; and

*Third*: That at least one of the conspirators during the existence of the conspiracy knowingly committed at least one of the overt acts described in the indictment, in order to accomplish some object or purpose of the conspiracy.

The overt act need not be of a criminal nature so long as it is done in furtherance of the conspiracy.

-9-

> *Second*: That the defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, <mark>with the intent to further the unlawful purpose;</mark> and



" . . .<u>**with the intent to kill, injure, harass, or intimidate**</u>, **or place under surveillance <u>with the intent to kill, injure, harass, or intimidate</u>, another person.**"

**(from Count Two, *Second* element, p. 11)**





Case 1:23-mj-03315-EIS   Document 1   Entered on FLSD Docket 07/07/2023   Page 3 of 10

Case 3:23-cr-00247-B *SEALED*   Document 1 *SEALED*   Filed 06/21/23   Page 2 of 8   PageID 2

### Manner and Means of the Conspiracy

It was part of the conspiracy that **Elkins** and Beard formulated a plan and

  a. ~~In or about October 2019, Beard activated a GPS tracking service to monitor A.A.B.'s travels.~~

against

that they did not commit; and

  c. assaulting and murdering A.A.B. with a dangerous weapon.

### Overt Acts in Furtherance of the Conspiracy

In furtherance of the conspiracy, and to accomplish the object of the conspiracy, the following overt acts, among others, were committed:

  a. In or about October 2019, Beard activated a GPS tracking service to monitor A.A.B.'s travels.

  b. In or about June 2020, **Elkins** and Beard searched for GPS tracking devices and associated accessories to place on A.A.B.'s automobile.

  c. In or about June, July, and August 2020, **Elkins** and Beard purchased GPS tracking devices and associated accessories.

  d. In or about June, July, and August 2020, **Elkins** and Beard took surveillance photographs of A.A.B.'s and B.E.'s automobiles.

  e. On or about June 25, 2020, **Elkins** and Beard placed a GPS tracking device on A.A.B.'s automobile.

Indictment—Page 2

**Holly didn't meet Beard until April 2020**

Case 1:23-mj-03315-EIS   Document 1   Entered on FLSD Docket 07/07/2023   Page 3 of 10
Case 3:23-cr-00247-B *SEALED*   Document 1 *SEALED*   Filed 06/21/23   Page 2 of 8   PageID 2

### Manner and Means of the Conspiracy

It was part of the conspiracy that **Elkins** and Beard formulated a plan and agreement which, among other things, included:

b. ~~In or about June 2020, **Elkins** and Beard searched for GPS tracking devices and associated accessories to place on A.A.B.'s automobile.~~

c. assaulting and murdering A.A.B. with a dangerous weapon.

### Overt Acts in Furtherance of the Conspiracy

In furtherance of the conspiracy, and to accomplish the object of the conspiracy, the following overt acts, among others, were committed:

a. ~~In or about October 2019, Beard activated a GPS tracking service to monitor A.A.B.'s travels.~~

b. In or about June 2020, **Elkins** and Beard searched for GPS tracking devices and associated accessories to place on A.A.B.'s automobile.

c. In or about June, July, and August 2020, **Elkins** and Beard purchased GPS tracking devices and associated accessories.

d. In or about June, July, and August 2020, **Elkins** and Beard took surveillance photographs of A.A.B.'s and B.E.'s automobiles.

e. On or about June 25, 2020, **Elkins** and Beard placed a GPS tracking device on A.A.B.'s automobile.

Indictment—Page 2

**Trackers. Intent?**



**Trackers. Intent?**

Case 1:23-mj-03315-EIS   Document 1   Entered on FLSD Docket 07/07/2023   Page 3 of 10

Case 3:23-cr-00247-B *SEALED*   Document 1 *SEALED*   Filed 06/21/23   Page 2 of 8   PageID 2

Manner and Means of the Conspiracy

c. ~~In or about June, July, and August 2020, Elkins and Beard purchased GPS tracking devices and associated accessories.~~

b. falsely reporting criminal behavior by fabricating criminal offenses against A.A.B. and an immediate family member of A.A.B. to have them arrested for offenses that they did not commit; and

c. assaulting and murdering A.A.B. with a dangerous weapon.

Overt Acts in Furtherance of the Conspiracy

In furtherance of the conspiracy, and to accomplish the object of the conspiracy, the following overt acts, among others, were committed:

a. ~~In or about October 2019, Beard activated a GPS tracking service to monitor A.A.B.'s travels.~~

b. ~~In or about June 2020, Elkins and Beard searched for GPS tracking devices and associated accessories to place on A.A.B.'s automobile.~~

c. In or about June, July, and August 2020, **Elkins** and Beard purchased GPS tracking devices and associated accessories.

d. In or about June, July, and August 2020, **Elkins** and Beard took surveillance photographs of A.A.B.'s and B.E.'s automobiles.

e. On or about June 25, 2020, **Elkins** and Beard placed a GPS tracking device on A.A.B.'s automobile.

Indictment—Page 2

> Case 1:23-mj-03315-EIS   Document 1   Entered on FLSD Docket 07/07/2023   Page 3 of 10
> Case 3:23-cr-00247-B *SEALED* Document 1 *SEALED* Filed 06/21/23   Page 2 of 8   PageID 2

> d. In or about June, July, and August 2020, **Elkins** and Beard took surveillance photographs of A.A.B.'s and B.E.'s automobiles.

## Surveillance Photographs. Intent?

A.A.B. and an immediate family member of A.A.B. to have them arrested for offenses that they did not commit; and

c. assaulting and murdering A.A.B. with a dangerous weapon.

Overt Acts in Furtherance of the Conspiracy

In furtherance of the conspiracy, and to accomplish the object of the conspiracy, the following overt acts, among others, were committed:

a. ~~In or about October 2019, Beard activated a GPS tracking service to monitor A.A.B.'s travels.~~

b. ~~In or about June 2020, Elkins and Beard searched for GPS tracking devices and associated accessories to place on A.A.B.'s automobile.~~

c. ~~In or about June, July, and August 2020, **Elkins** and Beard purchased GPS tracking devices and associated accessories.~~

d. In or about June, July, and August 2020, **Elkins** and Beard took surveillance photographs of A.A.B.'s and B.E.'s automobiles.

e. On or about June 25, 2020, **Elkins** and Beard placed a GPS tracking device on A.A.B.'s automobile.

Indictment—Page 2





**Surveillance Photographs. Intent?**

Case 1:23-mj-03315-EIS   Document 1   Entered on FLSD Docket 07/07/2023   Page 3 of 10

Case 3:23-cr-00247-B *SEALED*   Document 1 *SEALED*   Filed 06/21/23   Page 2 of 8   PageID 2

e. ~~On or about June 25, 2020, Elkins and Beard placed a GPS tracking device on A.A.B.'s automobile.~~

**Trackers. Intent?**

b. falsely reporting criminal behavior by fabricating criminal offenses against A.A.B. and an immediate family member of A.A.B. to have them arrested for offenses that they did not commit; and

c. assaulting and murdering A.A.B. with a dangerous weapon.

Overt Acts in Furtherance of the Conspiracy

In furtherance of the conspiracy, and to accomplish the object of the conspiracy, the following overt acts, among others, were committed:

a. ~~In or about October 2019, Beard activated a GPS tracking service to monitor A.A.B.'s travels;~~

b. ~~In or about June 2020, Elkins and Beard searched for GPS tracking devices and associated accessories to place on A.A.B.'s automobile;~~

c. ~~In or about June, July, and August 2020, Elkins and Beard purchased GPS tracking devices and associated accessories;~~

d. ~~In or about June, July, and August 2020, Elkins and Beard took surveillance photographs of A.A.B.'s and D.E.'s automobiles;~~

e. ~~On or about June 25, 2020, Elkins and Beard placed a GPS tracking device on A.A.B.'s automobile.~~

Indictment—Page 2



**Trackers. Intent?**

Case 1:23-mj-03315-EIS   Document 1   Entered on FLSD Docket 07/07/2023   Page 4 of 10

Case 3:23-cr-00247-B *SEALED* Document 1 *SEALED* Filed 06/21/23 Page 3 of 8 PageID 3

f. ~~On or about July 9, 2020, Beard purchased a GPS tracking device that was placed on B.E.'s vehicle.~~

g. On or about July 25, 2020, **Elkins** telephoned the police using a fake name and falsely reported that she observed A.A.B.'s automobile driving dangerously on a public highway, and **Elkins** provided the police with A.A.B.'s automobile description and license plate number.

h. On or about August 6, 2020, **Elkins** telephoned the police and falsely reported that A.A.B.'s mother, T.C., had assaulted her with A.A.B. present.

i. On or about August 11, 2020, **Elkins** and Beard hired a private investigator to track and monitor A.A.B. and B.E.

j. On or about September 2, 2020, **Elkins** and Beard planted illegal drugs and a pistol, with an obliterated serial number, in the trunk of A.A.B.'s automobile to have A.A.B. arrested.

k. On or about September 2, 2020, **Elkins** texted Beard a photograph of A.A.B.'s automobile's license plate for Beard to provide the license plate number to the

## DWI Call. Intent?

g. ~~On or about July 25, 2020, Elkins telephoned the police using a fake name and falsely reported that she observed A.A.B.'s automobile driving dangerously on a public highway, and Elkins provided the police with A.A.B.'s automobile description and license plate number.~~

**Exaggerated Assault. Intent?**



