# Reasonable Doubt #7: Forensic Evidence Tying Holly to the Murder



# Reasonable Doubt #8: Walmart Purchase



# Reasonable Doubt #9: Ammunition & Knife

*Summary Table for Shot Size Determination Results for IFS-20-18377, Request 0010 issued on April 19, 2023:*

| Item # | Shot Size | | |
| --- | --- | --- | --- |
| | Consistent with # 4 | Consistent with # 4 & # 5 | Consistent with # 6 |
| 6-7 | 17 pellets | - | - |
| 34-1-1 | 5 pellets | - | - |
| 34-1-2 | - | - | 11 pellets |
| 35-1-1 | - | 4 pellets | - |
| 35-1-2 | - | - | 8 pellets |
| 36-1-1 | - | 6 pellets | - |
| 36-1-2 | - | - | 10 pellets |
| 36-2-1 | 2 pellets | - | - |
| 36-2-2 | - | - | 4 pellets |
| **Totals:** | **24 pellets** | **10 pellets** | **33 pellets** |

Overall Total: 67 pellets

**DEFENDANT'S EXHIBIT 400**
3:23-CR-00247B

Other Comments:
WE NEED TO CONFIRM THAT THE RECOVERED ITEMS ARE CONSISTENT WITH .410 GAUGE SIZE 6 SHOT.
LB 27

**DEFENDANT'S EXHIBIT A 224**
3:23-CR-00247B

# Reasonable Doubt #9: Ammunition & Knife




# Reasonable Doubt #10: "Alibi"



## Reasonable Doubt #11: Heads The Government Wins. Tails Holly Loses.



# Reasonable Doubt #12: Andrew Beard is not a Normal Human.



Andrew Beard <u>after</u> admitting, before this very Court, that he had killed Teresa Collard's daughter:

"Teresa Collard willingly and knowingly inflicted emotional distress <u>upon me</u> from October 2, 2020, through October 20, 2020."

# Reasonable Doubt #13: Custody Battle Raging Until The End.





**Beard's notes from 09/30/2020 Court Hearing (2 days before he kills Alyssa)**

## Reasonable Doubt #14: Beard Not Called as a Witness.



# Jury Verdict Form, Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA,　§
　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　§　CRIMINAL ACTION NO.
　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　§
HOLLY ANN ELKINS,　　　　　§
　　　Defendant.　　　　　　§

### VERDICT OF THE JURY

We, the Jury, find Defendant, Holly Ann Elkins:

"Guilty" or "Not Guilty" as to **Count 1** of the Indictment: _____

"Guilty" or "Not Guilty" as to **Count 2** of the Indictment: _____

　　*Only If "Guilty" on Count Two*: Do you unanimously find that the government proved beyond a reasonable doubt that the offense resulted in the death of the victim?

　　____No ____Yes

　　*Proceed to Question Only If "No" Above*: Do you unanimously find that the government proved beyond a reasonable doubt that the offense resulted in life threatening bodily injury to the victim?

　　____No ____Yes

　　*Proceed to Question Only If "No" Above*: Do you unanimously find that the government proved beyond a reasonable doubt that the offense resulted in serious bodily injury to the victim?

　　____No ____Yes

-20-

# Jury Verdict Form, Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA, §
§
v. § CRIMINAL ACTION
§
§
HOLLY ANN ELKINS, §
§
Defendant. §

VERDICT OF THE JURY

We, the Jury, find Defendant, Holly Ann Elkins:

"Guilty" or "Not Guilty" as to **Count 1** of the Indictment: _____

"Guilty" or "Not Guilty" as to **Count 2** of the Indictment: _____

*Only If "Guilty" on Count Two*: Do you unanimously find that the government proved beyond a reasonable doubt that the offense resulted in the death of the victim?

✓ No ____Yes

*Proceed to Question Only If "No" Above*: Do you unanimously find that the government proved beyond a reasonable doubt that the offense resulted in life threatening bodily injury to the victim?

✓ No ____Yes

*Proceed to Question Only If "No" Above*: Do you unanimously find that the government proved beyond a reasonable doubt that the offense resulted in serious bodily injury to the victim?

✓ No ____Yes

-20-

# Jury Verdict Form, Page 2

*Proceed to Question Only If "No" Above*: Do you unanimously find that the government proved beyond a reasonable doubt that a dangerous weapon was used during the offense?

✔ ____No  ____Yes

"Guilty" or "Not Guilty" as to **Count 3** of the Indictment: _____

*Only If "Guilty" on Count Three*: Do you find that the firearm was discharged during the commission of the offense?

____No  ____Yes

_____
JURY FOREPERSON

# Jury Verdict Form, Page 2

*Proceed to Question Only If "No" Above*: Do you unanimously find that the government proved beyond a reasonable doubt that a dangerous weapon was used during the offense?

____No ____Yes

"Guilty" or "Not Guilty" as to **Count 3** of the Indictment: _____

*Only If "Guilty" on Count Three*: Do you find that the firearm was discharged during the commission of the offense?

✔____No ____Yes

"Guilty" or "Not Guilty" as to Count __ of the Indictment: _____

*Only If "Guilty" on Count Three*: Do you find that the firearm was discharged during the commission of the offense?

____No ____Yes

_____
JURY FOREPERSON

---

Q.   (By Mr. Green)  Special Agent Hanson, you never located the murder weapon.

A.   No.

Q.   You don't know if Holly had ever seen that murder weapon.

A.   No.

Q.   You don't know if she had ever touched that murder weapon.

A.   No.

Q.   You don't know if she even knew if that murder weapon was in the house.

A.   No.



# Jury Verdict Form, Page 2

*Proceed to Question Only If "No" Above*: Do you unanimously find that the government proved beyond a reasonable doubt that a dangerous weapon was used during the offense?

✓ ____No ____Yes

"Guilty" or "Not Guilty" as to **Count 3** of the Indictment: __Not Guilty__

~~*Only If "Guilty" on Count Three*: Do you find that the firearm was discharged during the commission of the offense?~~

~~____No ____Yes~~

_____
JURY FOREPERSON



# Jury Verdict Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA, §
§
v. § CRIMINAL ACTION NO. 3:23-CR-247-B
§
§
HOLLY ANN ELKINS, §
§
Defendant. §

**VERDICT OF THE JURY**

We, the Jury, find Defendant, Holly Ann Elkins:

"Guilty" or "Not Guilty" as to **Count 1** of the Indictment: _____

"Guilty" or "Not Guilty" as to **Count 2** of the Indictment: _____

   *Only If "Guilty" on Count Two*: Do you unanimously find that the government proved beyond a reasonable doubt that the offense resulted in the death of the victim?

   ✓ No ____ Yes

   *Proceed to Question Only If "No" Above*: Do you unanimously find that the government proved beyond a reasonable doubt that the offense resulted in life threatening bodily injury to the victim?

   ✓ No ____ Yes

   *Proceed to Question Only If "No" Above*: Do you unanimously find that the government proved beyond a reasonable doubt that the offense resulted in serious bodily injury to the victim?

   ✓ No ____ Yes

   *Proceed to Question Only If "No" Above*: Do you unanimously find that the government proved beyond a reasonable doubt that a dangerous weapon was used during the offense?

   ✓ No ____ Yes

"Guilty" or "Not Guilty" as to **Count 3** of the Indictment: __**Not Guilty**__

   *Only If "Guilty" on Count Three*: Do you find that the firearm was discharged during the commission of the offense?

   ____ No ____ Yes

_____
JURY FOREPERSON

_____
DATE



# Jury Verdict Form



# Jury Verdict Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA, §
§
v. § CRIMINAL ACTION NO. 3:23-CR-247-B
§
§
HOLLY ANN ELKINS, §
§
Defendant. §

### VERDICT OF THE JURY

We, the Jury, find Defendant, Holly Ann Elkins:

"Guilty" or "Not Guilty" as to **Count 1** of the Indictment: _____

"Guilty" or "Not Guilty" as to **Count 2** of the Indictment: _____

    *Only If "Guilty" on Count Two*: Do you unanimously find that the government proved beyond a reasonable doubt that the offense resulted in the death of the victim?

    ✓ No  \_\_\_\_Yes

    *Proceed to Question Only If "No" Above*: Do you unanimously find that the government proved beyond a reasonable doubt that the offense resulted in life threatening bodily injury to the victim?

    ✓ No  \_\_\_\_Yes

    *Proceed to Question Only If "No" Above*: Do you unanimously find that the government proved beyond a reasonable doubt that the offense resulted in serious bodily injury to the victim?

    ✓ No  \_\_\_\_Yes

    *Proceed to Question Only If "No" Above*: Do you unanimously find that the government proved beyond a reasonable doubt that a dangerous weapon was used during the offense?

    ✓ No  \_\_\_\_Yes

"Guilty" or "Not Guilty" as to **Count 3** of the Indictment: **Not Guilty**

    *Only If "Guilty" on Count Three*: Do you find that the firearm was discharged during the commission of the offense?

    \_\_\_\_No  \_\_\_\_Yes

_____
JURY FOREPERSON

_____
DATE

# USA v. Holly Ann Elkins

<u>In Defense of Ms. Elkins</u>

Stephen J. Green

Jeff Daniel Clark

Gabriela Markolovic

